```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A04-0160--CV (RRB)
                "DWIGHT GREENE V FEDEX KINKO'S INC"

      Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 07/30/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (790) Other labor litigation

            Origin: (2) Removed from State Court
            Demand: 75
        Filing fee: Paid $150.00 on 07/30/04 receipt # 00123686
          Trial by: Jury
```

Parties of Record:                              Counsel of Record:

PLF 1.1          GREENE, DWIGHT                 James M. Seedorf
                                                Hughes Bauman et al
                                                3900 "C" Street, Suite 1001
                                                Anchorage, AK 99503-5931
                                                907-274-7522
                                                FAX 907-263-8320

DEF 1.1          FEDEX KINKO'S, INC.            Thomas M. Daniel
                                                Perkins Coie
                                                1029 W. 3rd Avenue, Suite 300
                                                Anchorage, AK 99501-1981
                                                907-279-8561
                                                FAX 907-276-3108

DEF 2.1          [T] FEDEX                      No counsel found for this party!

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0160--CV (RRB)
                          "DWIGHT GREENE V FEDEX KINKO'S INC"

                                   For all filing dates


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 07/30/04
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (790) Other labor litigation

             Origin: (2) Removed from State Court
             Demand: 75
         Filing fee: Paid $150.00 on 07/30/04 receipt # 00123686
           Trial by: Jury


 Document #   Filed      Docket text

      1 -  1  07/30/04   DEF 1-2 Notice of Removal from Superior Court State of AK at Anchorage
                         case 3AN-04-8177CI.

      2 -  1  07/30/04   DEF 1-2 Notice to adverse parties of iling notce of removal.

      3 -  1  07/30/04   DEF 1-2 Service List.

      4 -  1  07/30/04   DEF 1-2 Notice of compliance of filing state court docs w/att docs.

      4 -  2  07/30/04   PLF 1 Jury Demand.

      5 -  1  08/02/04   RRB Minute Order to petitioner subsequent to removal. Petitioner to file
                         w/i 10 days copies of state court docs & svc list. cc: cnsl

      6 -  1  08/03/04   DEF 2 Attorney Appearance of  John M. Sedor.

      7 -  1  08/27/04   DEF 1 Answer to Complaint.

      8 -  1  08/30/04   DEF 2 Stipulation for dismissal of defendant Federal Express Corp
                         without prejudice. Each party shall bear their own costs and atty fees.

      8 -  2  08/31/04   Order granting stipulation for dismissal of defendant Federal Express
                         Corp without prejudice, each party to bear their own costs and attorney
                         fees  (8-1).  cc: cnsl

      9 -  1  08/31/04   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

     10 -  1  09/23/04   DEF 1 Disclosure Statement.

     11 -  1  09/24/04   PLF 1 Report re: Scheduling and planning conference report.

     12 -  1  09/24/04   Stipulation to change caption.

     13 -  1  09/27/04   RRB Order granting stipulation to change caption (12-1). cc: cnsl

     14 -  1  09/30/04   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 06/30/05; Dispositive motions deadline 08/01/05; Estimate of
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0160--CV (RRB)
                             "DWIGHT GREENE V FEDEX KINKO'S INC"

                                     For all filing dates

Document #    Filed     Docket text
----------    -----     -----------
                        trial 10 days. cc: cnsl  cc: cnsl

  15 -   1   10/27/04   DEF 1 Stipulation regarding document production.

  15 -   2   10/27/04   RRB Order granting stipulation regarding document production (15-1).
                        cc: cnsl

  16 -   1   10/27/04   DEF 1 Stipulated protection order.

  16 -   2   10/28/04   RRB Order granting stipulated protection order as stated (16-1). cc:
                        cnsl

  17 -   1   05/19/05   PLF 1 Notice of change of firm name and address.

  18 -   1   05/20/05   PLF 1 Final Witness List.

  19 -   1   05/20/05   DEF 1 Final Witness List.

  20 -   1   06/06/05   PLF 1 Stipulation for extension of pretrial deadlines; close of
                        discovery until 8/12/05, close of expet discovery 8/26/05, ddln for all
                        mots 9/9/05.

  21 -   1   06/07/05   RRB Order granting stipulation for extension of pretrial deadlines;
                        setting the following dates: Discovery to close 08/26/05; Dispositive
                        motions deadline 09/09/05. cc: cnsl

  22 -   1   06/22/05   PLF 1 Supplement to Witness List.

  23 -   1   08/12/05   PLF 1 Second Supplemental Witness List.

  24 -   1   09/08/05   PLF 1; DEF 1 joint motion to extend pretrial deadlines: disc to close
                        10/28/05; mots due 11/10/05.

  24 -   2   09/14/05   RRB Order granting stipulation (joint) motion to extend pretrial
                        deadlines: disc to close 10/28/05, Dispositive motions deadline
                        11/10/05. cc: cnsl

  25 -   1   09/15/05   DEF 1 motion to strike plaintiff's expert report on damages or, in the
                        alternative to allow additional time for defendant to submit a expert
                        report on damages.

  26 -   1   09/21/05   DEF 1 motion in limine to exclude testimony of plaintiff's employee
                        relations consultant w/att exhs.

  27 -   1   09/28/05   PLF 1 opposition to DEF 1 motion to strike plaintiff's expert report on
                        damages or, in the alternative to allow additional time for defendant to
                        submit a expert report on damages (25-1).

  27 -   2   09/28/05   PLF 1 motion for permission to designate an economic expert.

  28 -   1   09/29/05   PLF 1 Stipulation for extension of time until 10/24/05 to file
                        plaintiff's opposition to def's mot in limine and def have until 11/7/05
                        to file a reply.

  28 -   2   09/30/05   Order granting stipulation for extension of time until 10/24/05 to file
                        plaintiff's opposition to def's motion in limine and def's reply is due
                        11/7/05 (28-1).    cc: cnsl
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0160--CV (RRB)
"DWIGHT GREENE V FEDEX KINKO'S INC"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 29 - | 1 | 10/24/05 | PLF 1 motion for extension of time until 10/26/06 to file opposition to def's motion in limine. |
| 30 - | 1 | 10/25/05 | RRB Order granting motion for extension of time until 10/26/06 to file opposition to def's motion in limine (29-1).  cc: cnsl |
| 31 - | 1 | 10/26/05 | RRB Minute Order denying motion to strike plaintiff's expert report on damages (25-1) however def may designate a rebuttal expert as stated by 11/10/05; granting motion for permission to designate an economic expert (27-2).  cc: cnsl |
| 32 - | 1 | 10/26/05 | PLF 1 opposition to DEF 1 motion in limine to exclude testimony of plaintiff's employee relations consultant (26-1) w/EXHIBITS FILED UNDER SEAL. |
| 33 - | 1 | 11/07/05 | DEF 1 reply to opposition to DEF 1 motion in limine to exclude testimony of plaintiff's employee relations consultant (26-1). |
| 34 - | 1 | 11/08/05 | DEF 1 Notice of rebuttal expert. |
| 35 - | 1 | 11/10/05 | DEF 1 motion for summary judgment w/att exhs & exhibits filed UNDER SEAL. |
| 36 - | 1 | 11/23/05 | RRB Order denying w/o prejudice motion in limine to exclude testimony of plaintiff's employee relations consultant (26-1). cc: cnsl |
| 37 - | 1 | 11/29/05 | PLF 1 Stipulation for extension of time until 12/5/05 to file plaintiff's opposition to def's mot for sj. |
| 37 - | 2 | 11/30/05 | RRB Order granting stipulation for extension of time until 12/5/05 to file plaintiff's opposition to def's mot for sj (37-1).  cc: cnsl |