```
                                           FILED
                                      US DISTRICT COURT
                                      DISTRICT OF ALASKA

                                      2005 DEC -5 AM 9: 21
```

James M. Seedorf
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 263-8225

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.<br><br>　　　　　Defendant. | |

Case No. A04-0160 CV (RRB)

**STIPULATION FOR EXTENSION OF TIME**

COME NOW the parties, by and through their respective counsel, and agree and stipulate that plaintiff may have until December 28, 2005, in which to file his opposition to Defendant's Motion for Summary Judgment. The purpose of this additional extension is to allow plaintiff time to have depositions of key witnesses transcribed.

*Stipulation for Extension of Time*
*Greene v. Kinko's, et al.*, Case No. A04-0160 CV (RRB)
Page 1 of 2

DATED: 12/2/05             HUGHES BAUMAN PFIFFNER
                           GORSKI & SEEDORF LLC
                           Attorneys for Plaintiff

                           By: *[signature]*
                           James M. Seedorf
                           ABA No. 7710164

DATED: 12/2/05             PERKINS COIE LLP
                           Attorneys for Defendant Kinko's

                           By: *[signature]*
                           Thomas M. Daniel
                           ABA No. 8601003

## ORDER

IT IS HEREBY ORDERED that the Stipulation is granted.

DATED this _____ day of _____, 2005.

                           _____
                           Honorable Ralph R. Beistline
                           U.S. District Court Judge

*Stipulation for Extension of Time*
*Greene v. Kinko's, et al.*, Case No. A04-0160 CV (RRB)
Page 2 of 2