Thomas M. Daniel
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for FedEx Kinko's

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>        Plaintiff,<br><br>v.<br><br>FEDEX KINKO'S, INC.,<br><br>        Defendant. | Case No. 3:04-cv-0160-RRB |

**STIPULATION FOR EXTENSION OF TIME**

The parties hereby stipulate that defendant may have an extension of time until January 17, 2006, in which to file its reply to plaintiff's Opposition to Defendant's Motion for Summary Judgment.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

STIPULATION      - 1 -      [/AA060060.002]

DATED at Anchorage, Alaska, this 9th day of Jan, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant
FedEx Kinko's

By _____
Thomas M Daniel
Alaska Bar No. 8601003

DATED at Anchorage, Alaska, this 6th day of Jan, 2006.

**HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF LLC**
Attorneys for Plaintiff
Dwight Greene

By _____
James M. Seedorf
Alaska Bar No. 7710164

**ORDER**

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Ralph R. Beistline, U.S. District Judge

I hereby certify that a true and correct copy of the foregoing is being served electronically on James Seedorf this 9th day of Jan, 2006.

_____