Thomas M. Daniel
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for FedEx Kinko's

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>        Plaintiff,<br><br>v.<br><br>FEDEX KINKO'S, INC.,<br><br>        Defendant. | Case No. 3:04-cv-0160-RRB |

## PROPOSED ORDER

Based on the stipulation of the parties, defendant is hereby granted an extension of time until January 17, 2006, to file its reply to plaintiff's Opposition to Defendant's Motion for Summary Judgment.

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Ralph R. Beistline, U.S. District Judge

I hereby certify that a true and correct copy of the foregoing is being served electronically on James Seedorf on January 9, 2006.

/s/ S.Cornacchia

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER - 2 - [54249-0001/AA060090.005]