Thomas M. Daniel
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for FedEx Kinko's

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDEX KINKO'S, INC.,<br><br>　　　　　Defendant. | <br><br>Case No. 3:04-cv-0160-RRB |

## PROPOSED ORDER

Based on the stipulation of the parties, defendant is hereby granted an extension of time until January 17, 2006, to file its reply to plaintiff's Opposition to Defendant's Motion for Summary Judgment.

IT IS SO ORDERED this 9 day of January, 2006.

　　　　　　　　　　　　　　　　Ralph R. Beistline, U.S. District Judge

I hereby certify that a true and correct copy of
the foregoing is being served electronically on
James Seedorf on January 9, 2006.

/s/ S.Cornacchia