James M. Seedorf
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 "C" Street, Suite 1001
Anchorage, AK  99503
(907) 263-8225

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>     Plaintiff,<br><br>vs.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.<br><br>     Defendant. | |
| | Case No. A04-0160 CV (RRB) |

## REQUEST FOR ORAL ARGUMENT

COMES NOW the Plaintiff, by and through his attorneys of record, and hereby requests that the Court grant oral argument on Defendant's Motion for Summary Judgment.

DATED at Anchorage, Alaska this 20th day of January 2006.

HUGHES BAUMAN PIFFNER
GORSKI& SEEDORF LLC
Attorneys for Plaintiff

By:   s/ _____
James M. Seedorf
ABA No. 7710164

3900 C Street, Suite 1001
Anchorage, Alaska 99503
907-263-8225/907-263-8320 (fax)
jms@hbplaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct
copy of the foregoing is being served
electronically on Thomas Daniel
this 20th day of January, 2006.

s/_____
James M. Seedorf