```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA


              DWIGHT GREENE   v.   FEDEX KINKO'S

DATE:    January 24, 2006      CASE NO.   3:04-CV-0160 RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               SCHEDULING ORAL ARGUMENT
```

Oral argument (40 minutes) will be held on Defendant's Motion for Summary Judgment (Docket 35) on **Thursday, March 2, 2006, at 9:00 a.m.**, in Courtroom 2, Federal Courthouse, Anchorage, Alaska.

M.O. SCHEDULING ORAL ARGUMENT