James M. Seedorf
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 "C" Street, Suite 1001
Anchorage, AK  99503
(907) 263-8225

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>           Plaintiff,<br><br>vs.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.<br><br>           Defendant. | <br><br><br><br><br><br><br><br><br>Case No. A04-0160 CV (RRB) |

**UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT**

COMES NOW the Plaintiff, by and through his attorneys of record, and moves this Court to reschedule the oral argument on Defendant's Motion for Summary judgment from March 2, 2006, to a day and time during the week of April 10, 2006, or April 17-19, 2006, as neither counsel is available on the scheduled date of March 2, 2006. Counsel for Plaintiff affirms that he has discussed this motion with Thomas Daniel, counsel for Defendant, and Mr. Daniel has stated he has no objection to rescheduling oral argument to the time periods noted above.

DATED at Anchorage, Alaska this 8th day of February 2006.

> HUGHES BAUMAN PIFFNER
> GORSKI& SEEDORF LLC
> Attorneys for Plaintiff
>
> By: s/_____
> James M. Seedorf
> ABA No. 7710164
>
> 3900 C Street, Suite 1001
> Anchorage, Alaska 99503
> 907-263-8225/907-263-8320 (fax)
> jms@hbplaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Thomas Daniel this 8th day of February, 2006.

s/_____
James M. Seedorf