James M. Seedorf
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 "C" Street, Suite 1001
Anchorage, AK  99503
(907) 263-8225

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>             Plaintiff,<br><br>vs.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.<br><br>             Defendant. | Case No. A04-0160 CV (RRB) |

**PROPOSED**
**ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT**

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Reschedule Oral Argument, and the Court being advised in the premises

IT IS HEREBY ORDERED that the motion is granted.  Oral argument on Defendant's Motion for Summary Judgment, currently scheduled for March 2, 2006, is hereby rescheduled to _____, 2006, at _____ ___.m.

DATED this _____ day of _____, 2006.

By: _____
Ralph R. Beistline
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Thomas Daniel this 8th day of February, 2006.

s/_____
James M. Seedorf