James M. Seedorf
Hughes Bauman Pfiffner
Gorski & Seedorf LLC
3900 "C" Street, Suite 1001
Anchorage, AK 99503
(907) 263-8225

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>      Plaintiff,<br><br>vs.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.<br><br>      Defendant. | |

Case No. A04-0160 CV (RRB)

## ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Reschedule Oral Argument, and the Court being advised in the premises

IT IS HEREBY ORDERED that the motion is granted. Oral argument on Defendant's Motion for Summary Judgment, currently scheduled for March 2, 2006, is hereby rescheduled to April 18, 2006, at 9:00 a.m.

*Proposed Order Granting Unopposed Motion to Reschedule Oral Argument*
*Greene v. FedEx Kinko's, Case No. A04-0160 CV*
(242776) Page 1 of 2

DATED this 9 day of February, 2006.

By: /s/ Ralph R. Beistline
Ralph R. Beistline
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Thomas Daniel this 8th day of February, 2006.

s/
James M. Seedorf