```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
```

                    GREENE    v.    FEDEX KINKO'S

DATE:    April 12, 2006        CASE NO.    3:04-CV-0160-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **RESCHEDULING ORAL ARGUMENT**

---

Due to a judicial scheduling conflict, the oral argument scheduled for April 18, 2006, is **rescheduled** and will now be held on **Thursday, April 20, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING ORAL ARGUMENT