James M. Seedorf
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 263-8225

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>          Plaintiff,<br><br>vs.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.<br><br>          Defendant. | |

Case No. A04-0160 CV (RRB)

## THIRD SUPPLEMENT TO
## PLAINTIFF'S FINAL WITNESS LIST

29.   Holly Poydack
      P.O. Box 210554
      Anchorage, Alaska 99521
      (907) 929-3523

Mrs. Poydack is a former employee of Kinko's and may be able to testify regarding operations at the Northern Lights branch under Dwight Greene.

30.   Joe Poydack
      P.O. Box 210554
      Anchorage, Alaska 99521
      (907) 929-3523

Mr. Poydack is a former employee of Kinko's and may be able to testify regarding operations at the Northern Lights branch under Dwight Greene.

| | | |
|---|---|---|
| 31. | Sheila Hudman<br>725 W. Colville Cir.<br>Palmer, Alaska 99645<br>(907) 746-3367 | Ms. Hudman is a former employee of Kinko's and may be able to testify regarding operations at the Northern Lights branch under Dwight Greene. |
| 32. | Cheri Perez<br>2794 N.E. Hope Drive<br>Bend, Oregon 97701<br>(541) 389-7949 | Ms. Perez is a former employee of Kinko's and may be able to testify regarding operations at the Northern Lights branch under Dwight Greene. |
| 33. | David Groh<br>3540 Corona Circle<br>Anchorage, Alaska 99517<br>(907) 764-0562 | Mr. Groh is a former employee of Kinko's and may be able to testify regarding operations at the Northern Lights branch under Dwight Greene. |
| 34. | Chris Kinney<br>510 Stevens Ave., Apt. S-306<br>Renton, Washington 98055<br>(530) 632-0566 | Mr. Kinney is a former employee of Kinko's and may be able to testify regarding operations at the Northern Lights branch under Dwight Greene. |

DATED at Anchorage, Alaska this 10th day of May, 2006.

HUGHES BAUMAN PIFFNER
GORSKI& SEEDORF LLC
Attorneys for Plaintiff


By:   s/
      James M. Seedorf
      ABA No. 7710164

      3900 C Street, Suite 1001
      Anchorage, Alaska 99503
      907-263-8225/907-263-8320 (fax)
      jms@hbplaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Thomas Daniel this 10th day of May, 2006.

s/_____
James M. Seedorf