**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

DWIGHT GREENE,
    Plaintiff,

                          Case Number 3:04-cv-00160-RRB

v.

FEDEX KINKO'S, INC.,
    Defendant.                  **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant FedEx Kinko's, Inc recover of the plaintiff Dwight Greene, their costs of action.

APPROVED:

S/ RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

      Date: May 23, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*      IDA ROMACK
      Ida Romack, Clerk of Court

[304-cv-00160-RRB Proposed Judgment.wpd]{JMT2.WPT*Rev.3/03}