Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant FedEx Kinko's Office and Print Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 3:04-cv-0160-RRB |

**ITEMIZATION IN SUPPORT OF DEFENDANT'S BILL OF COST**

COMES NOW defendant, FedEx Kinko's, by and through its attorneys, Perkins Coie, and hereby seeks taxation of the following costs against plaintiff, Dwight Greene:

| | |
|---|---:|
| Fees to the Clerk | $ 150.00 |
| Deposition of Dwight. Greene, Vol. 1 | 1,186.05 |
| Deposition of Dwight Greene, Vol. II | 427.20 |
| Deposit for Deposition of Ronald Kuhn | 250.00 |

ITEMIZATION IN SUPPORT OF
DEFENDANT'S COST BILL　　　　　- 1 -　　　　　[54249-0001/AA061510.008]

| | |
|---|---|
| Video Deposition | 911.00 |
| Deposition of Laurie Greene | 835.65 |
| Deposition of R. Kuhn | 1,550.82 |
| Deposition of Dwight Greene, Vol. III | 306.30 |
| Deposition of Ted Collins | 712.81 |
| **TOTAL** | **$6,329.83** |

DATED at Anchorage, Alaska, this 1st day of June, 2006.

PERKINS COIE LLP
Attorneys for Defendant FedEx Kinko's
Office and Print Services, Inc.

By s/ Thomas M. Daniel
Thomas M. Daniel
Alaska Bar No. 8601003

Jacob Nist
Alaska Bar No. 0211051

1029 West Third Ave., Suite 300
Anchorage, Alaska 99501
907/279-8561/907-276-3108 (fax)
tdaniel@perkinscoie.com

I hereby certify that a true and correct copy of the foregoing is being served electronically on James Seedorf this 1st day of June, 2006.
s/
Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ITEMIZATION IN SUPPORT OF
DEFENDANT'S COST BILL       - 2 -       [54249-0001/AA061510.008]