Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DWIGHT GREENE,

         Plaintiff,

v.

FEDEX KINKO'S OFFICE AND PRINT
SERVICES, INC.,

         Defendant.

Case No. 3:04 –cv- 0160 (RRB)

**AFFIDAVIT OF THOMAS M. DANIEL**

STATE OF ALASKA      )
                          ) ss
THIRD JUDICIAL DISTRICT     )

    The undersigned, after first being duly sworn, states as follows:

    1.    I am the attorney representing FedEx Kinko's in the above-captioned case.

    2.    I was the lead attorney on the case. Over the two-and-a-half year history of this case, my hourly rate in 2004 was $255; in 2005, it was $265; and in

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

2006, it was $275. Jacob Nist, an associate in my office, had a billing rate of $135 per hour in 2004; $145 in 2005; and $165 in 2006. Amy Jarrell's rate, a paralegal, was $130 per hour in 2004 and 2005, and $135 in 2006.

3.    The invoices for legal services attached to this affidavit are true and correct copies of the invoices submitted to the defendants in this matter.

4.    The total amount of fees charged to FedEx Kinko's for work in this case, as of April 30, 2006, comes to $178,640.20.

DATED at Anchorage, Alaska, this 1st day of June, 2006.

Thomas M. Daniel

Subscribed and sworn to before me this 1st day of June, 2006.

Notary Public for Alaska
My commission expires: 11|16|09

I hereby certify that I have served by mail/fax/hand a true and correct copy of the foregoing on Jim Seedorf on June 1, 2006.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

AFFIDAVIT OF THOMAS M. DANIEL            - 2 -            [54249-0001/AA061500.011]