Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant FedEx Kinko's Office and Print Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>   Plaintiff,<br><br>v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.,<br><br>   Defendant. | Case No. 3:04-cv-0160-RRB |

### ERRATA TO AFFIDAVIT OF THOMAS M. DANIEL

Defendant erroneously failed to attach the invoices for legal services referred to in the Affidavit of Thomas M. Daniel in support of the motion for attorneys' fees. Defendant is refilling its Motion for Attorneys' Fees and Affidavit of Thomas M. Daniel which includes the invoices referred to in the affidavit.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ERRATA TO AFFIDVIT
OF THOMAS M. DANIEL    - 1 -    [/DOCUMENT.02]

DATED at Anchorage, Alaska, this 1st day of July, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant FedEx Kinko's
Office and Print Services, Inc.

By s/ _____
   Thomas M. Daniel
   Alaska Bar No. 8601003

   Jacob Nist
   Alaska Bar No. 0211051

   1029 West Third Ave., Suite 300
   Anchorage, Alaska  99501
   907/279-8561/907-276-3108 (fax)
   tdaniel@perkinscoie.com

I hereby certify that a true and correct
copy of the foregoing is being served
electronically on James Seedorf this 1st
day of June, 2006.
s/ _____
Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ERRATA TO AFFIDVIT
OF THOMAS M. DANIEL                - 2 -                [/DOCUMENT.02]