Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.,<br><br>Defendant. | Case No. 3:04 –cv- 0160 (RRB) |

**DEFENDANT'S MOTION FOR ATTORNEYS' FEES**

Pursuant to Federal Rule of Civil Procedure 54, D. Ak. LR 54.3, and Alaska Rule of Civil Procedure 82, defendant FedEx Kinko's Office and Print Services, Inc. moves for an award of attorneys' fees.

The Court has jurisdiction in this case pursuant to 28 U.S.C. § 1332. In diversity cases, the Court applies Alaska Rule of Civil Procedure 82 or other applicable state law to determine the right to attorneys' fees. Klopfenstein v. Pargeter, 597 F.2d 150 (9th Cir. 1979); D. Ak. LR 54.3(b).

Under Alaska Rule of Civil Procedure 82, the prevailing party is awarded a portion of its actual fees. Rule 82(b)(2) provides that when the defendant is the prevailing party in a case determined without trial, the presumptive award is 20% percent of actual fees, but the amount of fees may be varied in accordance with the factors listed in Rule 82(b)(3).

The defendant's total actual attorneys' fees charged to the client by the firm of Perkins Coie, through the end of April 2006, was $178,640.20. See Affidavit of Thomas M. Daniel, attached. Therefore, defendant requests a fee award of 20% of this amount for a total award of $35,728.04.

DATED at Anchorage, Alaska, this 1st day of June, 2006.

PERKINS COIE LLP
Attorneys for Defendant

By _____
Thomas M. Daniel
Alaska Bar No. 8601003

I hereby certify that I have served by mail/fax/hand a true and correct copy of the foregoing on Jim Seedorf on June 1, 2006.

_____
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108