# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • HONG KONG • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 • CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 54249-0001

August 31, 2004

Invoice 2710432

FedEx Kinko's Office and Print Services, Inc.
Attn: Tracy Brightman
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX 75240

---

INVOICE

---

**FOR SERVICES THROUGH 07/31/04, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $1,887.00 |
| Disbursements and Other Charges | $46.80 |
| **TOTAL DUE THIS INVOICE** | **$1,933.80** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 07/13/04 | T. Daniel | 0.30 | Review complaint and exhibits; |
| 07/19/04 | T. Daniel | 1.30 | Telephone conference with Sharon Jordan and J. Sedor; revise retention letter; telephone conference with J. Sedor regarding removal; telephone conference with T. Brightman regarding removal strategy; telephone conference with J. Seedorf, plaintiff's lawyer, regarding arbitration; emails regarding arbitration agreement; |
| 07/20/04 | T. Daniel | 0.40 | Brief review of status of Ninth Circuit law on arbitration of employee disputes; |
| 07/21/04 | T. Daniel | 0.50 | Telephone conference with J. Sedor, attorney for FedEx, regarding answer date and removal; prepare confirming letter; email to client regarding same; |
| 07/28/04 | T. Daniel | 0.60 | Review memorandum regarding arbitration of statutory claims under state law; review previously drafted memorandum regarding same issue under Ninth Circuit law; assess whether state or federal court is better; |
| 07/29/04 | T. Daniel | 3.60 | Analysis of likelihood of forcing arbitration in state or federal court; long email regarding same; prepare notice of removal; |
| 07/30/04 | T. Daniel | 0.70 | Emails regarding removal and motion to compel arbitration; telephone conference with J. Sedor regarding FedEx joining in removal; finalize removal pleadings; |

| | |
|---|---|
| Total For Services | $1,887.00 |

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 46.80 |
| Disbursement and Other Charges Total | $46.80 |
| **Total This Invoice** | **$1,933.80** |

TMD

*This invoice is for current charges only.*

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

***<u>Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.</u>***
***<u>Late Charges Will Be Due If This Invoice Is Not Paid On Or Before SEPTEMBER 30, 2004</u>***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  2710432

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · HONG KONG · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 54249-0001

September 27, 2004

Invoice  2728751

FedEx Kinko's Office and Print Services, Inc.
Attn:  Tracy Brightman
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX  75240

---

### INVOICE

**FOR SERVICES THROUGH 08/31/04, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $3,661.20 |
| Disbursements and Other Charges | $193.55 |
| **TOTAL DUE THIS INVOICE** | **$3,854.75** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 07/26/04 | M. Bast | 1.60 | Employment (arbitration) law research regarding Alaska law; |
| 07/27/04 | M. Bast | 1.20 | Read and research Barnica case, Alaska statutes regarding precedential value of split Supreme Court decisions; pull addiitonal case law cited in Barnica opinion; |
| 07/28/04 | M. Bast | 5.30 | Research employment law/arbitrability of statutory claims in Alaska; draft memo to T. Daniel regarding arbitrability of Alaska statutory claims; |
| 08/06/04 | T. Daniel | 0.60 | Telephone conference with J. Sedor regarding conversation with plaintiff's lawyer regarding dismissing FedEx and consent to arbitration; review American Arbitration Employment Arbitration Rules; telephone conference with J. Seedorf regarding same; |
| 08/10/04 | T. Daniel | 0.10 | Respond to email regarding answer/motion; |
| 08/16/04 | T. Daniel | 0.30 | Conference regarding motion to compel arbitration; |
| 08/18/04 | J. Nist | 3.70 | Draft motion to compel arbitration; |
| 08/20/04 | T. Daniel | 0.70 | Telephone conference with J. Seedorf regarding abitration and extension to answer; letter regarding same; long email to T. Brightman regarding possible agreement to arbitrate; |
| 08/23/04 | T. Daniel | 1.30 | Telephone conference with T. Brightman regarding arbitrator issues and coordinate with Kuhn lawsuit in Hawaii; emails regarding labor lawyer in Hawaii; identify labor lawyers in Honolulu; review Kuhn complaint; telephone calls to/from D. Banks regarding same; |
| 08/25/04 | J. Leik | 1.00 | Conference with T. Daniel and follow-up regarding arbitration issues; |
| 08/25/04 | T. Daniel | 1.60 | Emails regarding Hawaii lawyer for Kuhn lawsuit; conference regarding strategy concerns regarding arbitrator vs. federal court; emails regarding same; telephone conference with P. Jones in Hawaii; |
| 08/26/04 | T. Daniel | 1.70 | Telephone conference with T. Brightman regarding strategy regarding court or arbitration and retaining lawyer in Hawaii; prepare draft answer to complaint; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

54249-0001                                    September 27, 2004                        Invoice  2728751

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 08/27/04 | T. Daniel | 1.70 | Revise answer; email to T. Brightman to confirm accuracy; telephone conference with T. Brightman regarding  fact background answer; |

Total For Services        $3,661.20

**Disbursements and Other Charges**

| Photocopying and printing expenses | 1.40 |
|---|---|
| Messenger charges | 24.00 |
| Long distance telephone charges | 10.84 |
| Computer research | 7.31 |
| Filing fees | 150.00 |

Disbursement and Other Charges Total        $193.55

**Total This Invoice**        **$3,854.75**

TMD

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before OCTOBER 27, 2004***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  2728751

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • HONG KONG • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 54249-0001

October 18, 2004

Invoice  2740865

FedEx Kinko's Office and Print Services, Inc.
Attn:  Tracy Brightman
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX  75240

## INVOICE

**FOR SERVICES THROUGH 09/30/04, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $306.00 |
| Disbursements and Other Charges | $0.80 |
| **TOTAL DUE THIS INVOICE** | **$306.80** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 09/02/04 | T. Daniel | 0.20 | Telephone conference with J. Seedorf regarding scheduling and planning order required by court; |
| 09/21/04 | T. Daniel | 0.60 | Review draft scheduling report; telephone conference with plaintiff's counsel regarding same; email to T. Brightman and P. Jones regarding discovery deadline; |
| 09/22/04 | T. Daniel | 0.20 | Revise and email corporate disclosure statement; |
| 09/23/04 | T. Daniel | 0.20 | Complete Rule 7.1 Disclosure Statement; |

| | |
|---|---|
| Total For Services | $306.00 |

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 0.80 |

| | |
|---|---|
| Disbursement and Other Charges Total | $0.80 |
| **Total This Invoice** | **$306.80** |

TMD

*__This invoice is for current charges only.__*
*__Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.__*
*__Late Charges Will Be Due If This Invoice Is Not Paid On Or Before NOVEMBER 17, 2004__*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  2740865

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · HONG KONG · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 54249-0001

November 18, 2004

Invoice 2940496

FedEx Kinko's Office and Print Services, Inc.
Attn: Tracy Brightman
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX 75240

## INVOICE

**FOR SERVICES THROUGH 10/31/04, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---:|
| Total Services | $9,668.50 |
| Disbursements and Other Charges | $522.37 |
| **TOTAL DUE THIS INVOICE** | **$10,190.87** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 10/04/04 | T. Daniel | 2.70 | Review notebook regarding documentation of Greene performance; identify documents needed for initial disclosures; email regarding same; |
| 10/11/04 | A. Jarrell | 0.20 | Review and print emails from Araceli Castillo; |
| 10/12/04 | T. Daniel | 0.60 | Prepare list of key witnesses for inclusion in trial notebook and "player's list"; |
| 10/12/04 | A. Jarrell | 4.70 | Review and print documents received from A. Castillo; telephone conference and emails with A. Castillo regarding discovery documents; |
| 10/13/04 | T. Daniel | 5.00 | Travel to San Francisco [does not include total travel time: only time out of regular work day; prepared  for meeting on flight]; |
| 10/13/04 | A. Jarrell | 4.40 | Review, print and organize documents received from A. Castillo; |
| 10/14/04 | T. Daniel | 8.00 | Meet with T. Brightman; T. Gimble; H. Clark and P. Jones in San Francisco regarding Greene and Kuhn cases; |
| 10/14/04 | A. Jarrell | 7.10 | Review, print and organize documents received from A. Castillo; |
| 10/15/04 | T. Daniel | 2.30 | Conference with paralegal regarding initial document disclosure; review some files; prepare initial disclosure statement; |
| 10/15/04 | A. Jarrell | 6.10 | Review and organize documents received from A. Castillo; format employee spreadsheet received from T. Gimble; conference with T. Daniel regarding production of initial disclosures; |
| 10/18/04 | T. Daniel | 1.40 | Prepare initial disclosure statement; revise same; review Loss Prevention Report; |
| 10/20/04 | A. Jarrell | 2.50 | Review R. Kuhn's personnel file; draft graph of D. Greene's BEA's review scores; |
| 10/21/04 | A. Jarrell | 0.20 | Telephone conference with A. Castillo regarding outstanding discovery requests; |
| 10/22/04 | T. Daniel | 0.20 | Telephone conference with J. Seedorf regarding document review; conference with A. Jarrell regarding document review by plaintiff's lawyer; |
| 10/22/04 | A. Jarrell | 0.30 | Review emails received from A. Castillo; review and integrate additional documents into discovery documents; |
| 10/23/04 | T. Daniel | 0.80 | Review Kuhn files sent by client; review plaintiff's initial disclosures; |
| 10/25/04 | T. Daniel | 0.30 | Conference with A. Jarrell regarding document production (pre-2003 BEA's); |
| 10/25/04 | T. Daniel | 1.60 | Review R. Kuhn files; review FedEx Kinko's legal department file and designate documents that can be produced with Initial Disclosures; telephone |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

54249-0001                          November 18, 2004                    Invoice 2940496

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| | | | conference with plaintiff's counsel regarding stipulated protective order; |
| 10/27/04 | T. Daniel | 1.00 | Review documents; change protective order; revise stipulation regarding documents copied to T. Brightman; meet with plaintiff's attorney regarding document production; |
| 10/27/04 | A. Jarrell | 1.60 | Prepare for document review by J. Seedorf; organize documents for production; |
| 10/29/04 | T. Daniel | 0.20 | Email regarding Kuhn personnel file; telephone conference with T. Gimble regarding Anchorage employee wanting to retract statement; |

Total For Services          $9,668.50

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 111.50 |
| Long distance telephone charges | 2.95 |
| Travel expense - | |
|     T. Daniel, San Francisco, 10/13-14 | 360.50 |
| Travel expense meals - | |
|     T. Daniel, San Francisco, 10/13-14 | 47.42 |

Disbursement and Other Charges Total          $522.37

**Total This Invoice          $10,190.87**

TMD

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before DECEMBER 18, 2004***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 54249, Invoice 2940496

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • HONG KONG • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER:  54249-0001

December 21, 2004

Invoice  2968946

FedEx Kinko's Office and Print Services, Inc.
Attn:  Tracy Brightman
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX  75240

---

INVOICE

---

**FOR SERVICES THROUGH 11/30/04, IN CONNECTION WITH THE FOLLOWING:**

|  |  |
|---|---|
| Total Services | $502.50 |
| Disbursements and Other Charges | $1,316.85 |
| **TOTAL DUE THIS INVOICE** | **$1,819.35** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 11/04/04 | A. Jarrell | 0.40 | Review and mark documents confidential; |
| 11/05/04 | A. Jarrell | 1.20 | Telephone conference with A. Castillo regarding 2001 and 2002 BOA's; review and mark documents confidential; |
| 11/08/04 | A. Jarrell | 0.30 | Review and mark documents confidential; review and send emails to A. Castillo regarding discovery documents; |
| 11/10/04 | T. Daniel | 0.70 | Review documents being produced before production; |
| 11/10/04 | A. Jarrell | 0.20 | Draft letter to opposing counsel forwarding requested documents and copying bill; |
| 11/15/04 | T. Daniel | 0.20 | Letter to plaintiff's lawyer regarding Greene's deposition; |

|  |  |
|---|---|
| Total For Services | $502.50 |

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 440.80 |
| Messenger charges | 5.15 |
| Long distance telephone charges | 0.39 |
| Special postage | 0.60 |
| Airfare - | |
| T. Daniel, San Francisco, 10/13; Ticket #1216912557 | 836.91 |
| Other - | |
| Stamp | 33.00 |
| Disbursement and Other Charges Total | $1,316.85 |
| **Total This Invoice** | **$1,819.35** |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

54249-0001                    December 21, 2004                    Invoice  2968946

TMD

### *This invoice is for current charges only.*
*Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JANUARY 20, 2005*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  2968946

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • HONG KONG • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 54249-0001

February 15, 2005

Invoice 3002164

FedEx Kinko's Office and Print Services, Inc.
Attn: Tracy Brightman
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX 75240

## INVOICE

**FOR SERVICES THROUGH 01/31/05, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---:|
| Total Services | $635.00 |
| Disbursements and Other Charges | $1.82 |
| **TOTAL DUE THIS INVOICE** | **$636.82** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/07/04 | T. Daniel | 0.10 | Telephone conference with P. Jones regarding Kuhn's deposition and coordinating with Greene's; |
| 01/03/05 | T. Daniel | 0.40 | Telephone conference with J. Seedorf regarding Greene deposition; emails to T. Brightman regarding same; emails coordinating Greene and Kuhn depositions; |
| 01/04/05 | T. Daniel | 0.30 | Analyze strategy for deposing R. Kuhn; |
| 01/11/05 | T. Daniel | 0.20 | Email regarding Greene and Kuhn depositions and strategy regarding same; telephone conference regarding Greene deposition; |
| 01/12/05 | T. Daniel | 0.50 | Emails to Seedorf's office regarding Greene and Kuhn depositions; telephone conference with Greene's lawyer regarding same; |
| 01/24/05 | T. Daniel | 0.30 | Telephone conference with Greene's lawyer regarding Kuhn deposition; email to P. Jones regarding same; |
| 01/26/05 | T. Daniel | 0.20 | Letter to Greene's attorney regarding Kuhn's attorney; |
| 01/27/05 | T. Daniel | 0.20 | Telephone call and letter to J. Seedorf regarding Kuhn deposition; |
| 01/28/05 | T. Daniel | 0.20 | Telephone conference with T. Gimbel regarding trip to Anchorage for Greene deposition; |

| | |
|---|---:|
| Total For Services | $635.00 |

**Disbursements and Other Charges**

| | |
|---|---:|
| Photocopying and printing expenses | 0.40 |
| Long distance telephone charges | 1.42 |
| Disbursement and Other Charges Total | $1.82 |
| **Total This Invoice** | **$636.82** |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

54249-0001                          February 15, 2005                          Invoice  3002164

TMD

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MARCH 17, 2005*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  3002164

# Perkins Coie

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · HONG KONG · LOS ANGELES · MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 · CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    54249-0001

March 21, 2005

Invoice  3027925

FedEx Kinko's Office and Print Services, Inc.
Attn: Tracy Brightman
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX 75240

## INVOICE

**FOR SERVICES THROUGH 02/28/05, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $11,380.50 |
| Disbursements and Other Charges | $198.57 |
| **TOTAL DUE THIS INVOICE** | **$11,579.07** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 02/03/05 | T. Daniel | 0.30 | Review requests for admission; conference with paralegal regarding same; |
| 02/04/05 | T. Daniel | 0.30 | Telephone conference with P. Jones regarding Kuhn deposition overview; |
| 02/05/05 | T. Daniel | 4.00 | Prepare for Greene deposition (review documents, prepare outline); |
| 02/07/05 | T. Daniel | 4.40 | Telephone conference with T. Gimbel regarding trip to Anchorage; prepare for Greene deposition; continue document review and deposition outline; |
| 02/07/05 | A. Jarrell | 1.20 | Review file for documents from Kuhn's file; start drafting index of documents; |
| 02/08/05 | T. Daniel | 8.30 | Prepare for Greene deposition (continue document review; identify exhibits; revise outline); meet with T. Gimbel and tour FedEx Kinko's Center; review draft response to interrogatories in Kuhn case; |
| 02/08/05 | A. Jarrell | 4.50 | Index documents; locate and prepare exhibits for D. Greene's deposition; |
| 02/09/05 | T. Daniel | 8.50 | Take D. Greene's deposition; meet with T. Gimbel; |
| 02/09/05 | A. Jarrell | 0.30 | Prepare additional deposition exhibits; |
| 02/10/05 | A. Jarrell | 0.70 | Index documents; |
| 02/11/05 | A. Jarrell | 1.50 | Continue indexing documents; |
| 02/12/05 | T. Daniel | 0.60 | Review notes and outline in preparation for continuation of Greene deposition; prepare summary of first phase of deposition; |
| 02/14/05 | T. Daniel | 3.30 | Complete Greene deposition; complete report regarding Greene deposition; |
| 02/14/05 | A. Jarrell | 3.20 | Continue indexing documents; |
| 02/15/05 | A. Jarrell | 3.50 | Continue indexing documents; emails with A. Castillo regarding request for production of documents; review file for BOAs and BEAs for District 16; |
| 02/16/05 | A. Jarrell | 3.40 | Continue indexing documents; emails with A. Castillo regarding request for production of documents; |
| 02/17/05 | A. Jarrell | 0.80 | Continue indexing documents; |
| 02/22/05 | A. Jarrell | 0.80 | Review, sort and print documents received via email from A. Castillo; |
| 02/23/05 | A. Jarrell | 3.10 | Review emails from A. Castillo regarding requests for production of documents; print and organize documents received via email; |
| 02/24/05 | A. Jarrell | 0.30 | Print and organize documents received from A. Castillo for request for production of documents; |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

54249-0001            March 21, 2005            Invoice 3027925

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|--------------------------|
| 02/25/05 | A. Jarrell | 3.70 | Continue printing, reviewing and organizing documents received from A. Castillo in response to discovery requests; draft responses to discovery; |

Total For Services      $11,380.50

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 72.00 |
| Long distance telephone charges | 2.15 |
| Computer research | 87.47 |
| Conference meals - | |
|      T. Daniel, 2/9 | 36.95 |

Disbursement and Other Charges Total      $198.57

**Total This Invoice**      **$11,579.07**

TMD

*__This invoice is for current charges only.__*
*__Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.__*
*__Late Charges Will Be Due If This Invoice Is Not Paid On Or Before APRIL 20, 2005__*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 54249, Invoice 3027925

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

| ACCOUNT NUMBER: | 54249-0001 |
|---|---|

April 14, 2005

Invoice  3050619

FedEx Kinko's Office and Print Services, Inc.
Attn:  Tracy Brightman
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX  75240

## INVOICE

**FOR SERVICES THROUGH 03/31/05, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $5,370.00 |
| Disbursements and Other Charges | $1,614.74 |
| **TOTAL DUE THIS INVOICE** | **$6,984.74** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/03/05 | A. Jarrell | 0.20 | Telephone conference with A. Castillo regarding an extension to discovery deadline; telephone conference with J. Seedorf's office regarding an extension to discovery; |
| 03/07/05 | A. Jarrell | 4.10 | Review employee files and remove non-relevant documents from files; update responses to discovery requests; |
| 03/08/05 | T. Daniel | 0.20 | Telephone conference with T. Gimbel regarding case status; |
| 03/09/05 | A. Jarrell | 0.50 | Review employee files and remove non-relevant documents from files; update responses to discovery; |
| 03/10/05 | A. Jarrell | 2.40 | Review employee files and remove non-relevant documents from files; update responses to discovery requests; emails with A. Castillo regarding outstanding discovery requests; |
| 03/11/05 | T. Daniel | 0.60 | Review and respond to long email from P. Jones regarding discovery disputes and strategy in Kuhn case; |
| 03/11/05 | A. Jarrell | 2.20 | Review employee files and remove non-relevant documents from files; update responses to discovery requests; email with A. Castillo regarding outstanding discovery requests; |
| 03/14/05 | A. Jarrell | 2.70 | Review, print and organize files received from A. Castillo in response to discovery requests; telephone call to J. Seedorf regarding the meaning of "BP"; |
| 03/15/05 | T. Daniel | 0.30 | Review draft response to request for production; email regarding request for BP reports; |
| 03/15/05 | A. Jarrell | 2.20 | Review emails from A. Castillo regarding discovery responses; telephone conference with J. Seedorf's office regarding meaning of "BP"; print, review and organize documents received from FedEx/Kinkos in response to discovery responses; |
| 03/16/05 | T. Daniel | 0.70 | Review draft responses to RFP and documents being produced; conference with A. Jarrell regarding same; |
| 03/16/05 | A. Jarrell | 6.30 | Print, review and organize documents of M. Gadberry's district meeting notes and documents; |
| 03/17/05 | T. Daniel | 0.40 | Review response to First Request for Production; conference with A. Jarrell regarding same; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

54249-0001                            April 14, 2005                         Invoice 3050619

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 03/17/05 | A. Jarrell | 4.10 | Revise draft response to discovery; emails to A. Castillo regarding discovery questions; continue printing, reviewing and organizing M. Gadberry's district meeting notes and documents; |
| 03/22/05 | A. Jarrell | 1.10 | Index discovery documents; review documents for confidentiality and mark accordingly; |
| 03/23/05 | A. Jarrell | 3.20 | Index discovery documents; review documents for confidentiality and mark accordingly; |
| 03/24/05 | A. Jarrell | 1.70 | Review, index and stamp discovery documents for confidentiality; |
| 03/25/05 | T. Daniel | 0.40 | Consider possible expert witnesses; long email to R. Liskow regarding same; |
| 03/25/05 | A. Jarrell | 1.60 | Review, index and stamp discovery documents for confidentiality; |
| 03/29/05 | A. Jarrell | 0.80 | Review, index and stamp discovery documents for confidentiality; |
| 03/30/05 | T. Daniel | 0.20 | Emails regarding attorney-client privilege issue; |
| 03/30/05 | A. Jarrell | 0.40 | Complete indexing and stamping discovery documents for confidentiality; |
| 03/31/05 | A. Jarrell | 2.10 | Draft discovery log regarding requests for production and documents produced in response to each request; |

                                              Total For Services        $5,370.00


**Disbursements and Other Charges**

Photocopying and printing expenses                                    0.70
Long distance telephone charges                                       0.79
Court reporter fee -
          Depo. of D. Greene, Vol. 1, 2/9                         1,186.05
          Depo. of Greene, Vol. II, 2/14                            427.20

                          Disbursement and Other Charges Total      $1,614.74

                                          **Total This Invoice**     **$6,984.74**

TMD

*This invoice is for current charges only.*
*Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MAY 14, 2005*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 54249, Invoice 3050619

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 • CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    54249-0001

May 18, 2005

Invoice  3060855

FedEx Kinko's Office and Print Services, Inc.
Attn:  Tracy Brightman
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX  75240

---

INVOICE

---

**FOR SERVICES THROUGH 04/30/05, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $1,089.00 |
| Disbursements and Other Charges | $17.20 |
| **TOTAL DUE THIS INVOICE** | **$1,106.20** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 04/01/05 | A. Jarrell | 1.20 | Draft privilege log; |
| 04/04/05 | A. Jarrell | 3.10 | Complete privilege log; continue indexing discovery documents; |
| 04/27/05 | T. Daniel | 0.40 | Telephone conference with J. Seedorf regarding deposition of FedEx Kinko's witnesses; emails regarding deposition schedule; |
| 04/28/05 | T. Daniel | 1.60 | Review file in preparation for telephone conference with J. Anderson; telephone conference with J. Anderson regarding case update; |

| | |
|---|---|
| Total For Services | $1,089.00 |

**Disbursements and Other Charges**

| | | |
|---|---|---|
| Photocopying and printing expenses | 17.20 | |
| Disbursement and Other Charges Total | | $17.20 |
| **Total This Invoice** | | **$1,106.20** |

TMD

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JUNE 17, 2005***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  3060855

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

# Perkins Coie

Anchorage · Beijing · Bellevue · Boise · Chicago · Denver · Los Angeles · Menlo Park · Olympia · Phoenix · Portland · San Francisco · Seattle · Washington, D.C.

Centralized Accounting Department
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
Main Telephone Number: (206) 359-8000
Accounting: (206) 359-3143 - clientacct@perkinscoie.com
Tax I.D. Number: 91-0591206

ACCOUNT NUMBER: 54249-0001

June 17, 2005

Invoice 3088241

FedEx Kinko's Office and Print Services, Inc.
Attn: Julia Anderson
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX 75240

---

## INVOICE

**FOR SERVICES THROUGH 05/31/05, IN CONNECTION WITH THE FOLLOWING:**

|  |  |
|---|---|
| Total Services | $8,201.00 |
| Disbursements and Other Charges | $13.99 |
| **TOTAL DUE THIS INVOICE** | **$8,214.99** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 05/02/05 | T. Daniel | 0.10 | Follow up regarding depositions of Kinko's witnesses; |
| 05/05/05 | T. Daniel | 0.20 | Telephone conference with A. Castillo regarding scheduling depositions in Seattle and Dallas; |
| 05/10/05 | A. Jarrell | 2.90 | Continue indexing documents; update discovery log; |
| 05/11/05 | T. Daniel | 0.20 | Emails regarding scheduling witness depositions; |
| 05/12/05 | T. Daniel | 0.40 | Meet with Greene's lawyer regarding document production and deposition schedule; email regarding depositions; |
| 05/12/05 | A. Jarrell | 1.00 | Continue indexing documents; conference with J. Seedorf regarding document review; conference with T. Daniel regarding deposition dates; |
| 05/13/05 | T. Daniel | 0.90 | Emails regarding depositions in June; telephone conference with Greene's lawyer regarding same; telephone conference with Aracelli regarding same; begin file review to prepare witness list; |
| 05/13/05 | A. Jarrell | 3.10 | Continue indexing documents; telephone conferences with D. Terrazone, N. Fletcher and B. Sanchez regarding deposition dates and times; update player's list; telephone conference with J. Seedorf regarding his request for copies of documents; |
| 05/16/05 | T. Daniel | 1.70 | Telephone conference with J. Anderson regarding Kuhn case and update on Greene case; telephone conference with Greene's lawyer regarding witness lists and depositions in Seattle and Dallas; review file to develop witness list; |
| 05/17/05 | T. Daniel | 1.20 | Telephone conference with Greene's lawyer regarding out of state depositions; telephone conference with D. Nakashima regarding Kuhn case and follow up Kuhn deposition; continue review of Greene's deposition for compilation of witness list; address expert report issue; |
| 05/17/05 | A. Jarrell | 2.00 | Continue indexing documents; draft charts of D. Greene and other managers' BOA, BEA and performance evaluation scores; |
| 05/18/05 | T. Daniel | 2.60 | Review Green deposition to prepare final witnss list; telephone conference with P. Grover regarding potential HR expert; |
| 05/18/05 | H. Hall | 0.10 | Conference with T. Daniel regarding expert witnesses; |
| 05/18/05 | A. Jarrell | 4.00 | Continue indexing documents; draft charts of D. Greene and other managers' BOA, BEA and performance evaluation scores. |

Current charges only. Unpaid balances not included.
Disbursements not yet recorded will be included in future invoices.
Payment due in U.S. dollars upon receipt of invoice.
After 30 Days, A Monthly late charge of 1% Per Month from the invoice date (or such lower rate as required by applicable law) will be due.
Should A Collection Action Or Proceeding Be Necessary, Attorneys' Fees And Costs For Such Collection Effort Will Also Be Due.
**Perkins Coie llp And Affiliates**

54249-0001                          June 17, 2005                          Invoice  3088241

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 05/19/05 | T. Daniel | 3.80 | Telephone conference with P. Crofford regarding potential expert testimony; complete review of Greene's deposition and finalize witness list; telephone conference with Greene's lawyer regarding Portland/Seattle depositions; |
| 05/19/05 | A. Jarrell | 3.60 | Finish indexing documents; draft charts of D. Greene and other managers' BOA, BEA and performance evaluation scores; email A. Castillo regarding follow up to discovery responses; |
| 05/20/05 | T. Daniel | 2.00 | Review Kuhn deposition and make notes regarding same; |
| 05/20/05 | A. Jarrell | 1.10 | Emails to T. Gimbel, M. Gadberry and H. Clark confirming deposition dates and arranging times for deposition preparation; telephone conference with B. Sanchez confirming his deposition date; |
| 05/23/05 | T. Daniel | 0.70 | Review plaintiff's witness list; outline issues regarding Kuhn and whether to depose; |
| 05/23/05 | A. Jarrell | 1.20 | Start summarizing D. Greene's deposition; |
| 05/24/05 | T. Daniel | 1.80 | Analyze additional discovery needed and witnesses to depose; emails regarding same; emails regarding settlement options; |
| 05/24/05 | A. Jarrell | 2.40 | Start summarizing D. Greene's deposition; |
| 05/25/05 | A. Jarrell | 1.50 | Continue summarizing D. Greene's deposition; |
| 05/26/05 | T. Daniel | 1.80 | Conference regarding Portland/Seattle depositions; telephone conference with Greene's lawyer regarding Dallas and L.A. depositions and experts; prepare final written discovery; |
| 05/26/05 | A. Jarrell | 2.50 | Confirm deposition and deposition preparation schedules with M. Gadberry, T. Gimble, H. Clark and B. Sanchez; continue summarizing D. Greene's deposition; |
| 05/27/05 | A. Jarrell | 0.10 | Email with H. Clark's assistant regarding deposition; |
| 05/31/05 | T. Daniel | 1.00 | Conference with Greene's lawyer regarding settlement possibilities; emails to J. Anderson regarding same; |

Total For Services        $8,201.00

**Disbursements and Other Charges**

Photocopying and printing expenses                              5.30
Long distance telephone charges                                8.69

Disbursement and Other Charges Total        $13.99

**Total This Invoice        $8,214.99**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| T. Daniel | 18.40 | 265.00 | 4,876.00 |
| H. Hall | 0.10 | 230.00 | 23.00 |
| A. Jarrell | 25.40 | 130.00 | 3,302.00 |
| Total | 43.90 | 186.81 | $8,201.00 |

54249-0001                          June 17, 2005                          Invoice  3088241

TMD

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JULY 17, 2005*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  3088241

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:  54249-0001

July 20, 2005

Invoice  3101414

FedEx Kinko's Office and Print Services, Inc.
Attn:  Julia Anderson
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX  75240

INVOICE

**FOR SERVICES THROUGH 06/30/05, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $24,486.00 |
| Disbursements and Other Charges | $2,247.21 |
| **TOTAL DUE THIS INVOICE** | **$26,733.21** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 06/01/05 | T. Daniel | 1.50 | Review L. Curry expert report; email to J. Anderson regarding same and hiring our own expert; conference regarding admissibility of same; |
| 06/01/05 | A. Jarrell | 3.00 | Review file for documents relevant to the upcoming depositions; |
| 06/02/05 | T. Daniel | 2.20 | Telephone conference with J. Anderson regarding expert report and hiring rebuttal expert; review packet of documents for depositions next week; telephone conference with expert witness; |
| 06/02/05 | A. Jarrell | 4.90 | Review file for documents relevant to the upcoming depositions; organize documents for each deponent; review file and organize documents referenced in L. Curry's expert report; |
| 06/03/05 | T. Daniel | 4.90 | Conference with paralegal regarding documents for expert, chart of BEA and BOA scores; interview  L. Sagers, witness; dictate memorandum regarding same; outline projects to complete; telephone conference with R. Kuhn's lawyer regarding Kuhn deposition; prepare for deposition trip (outline issues for Heather Clark, review BOA and BEA and emails regarding same); |
| 06/03/05 | A. Jarrell | 3.60 | Draft charts regarding BOA, BEA and performance scores; draft timeline regarding BOA, BEA and performance scores; research and telephone calls attempting to locate Ted Collins; |
| 06/04/05 | T. Daniel | 0.50 | Review additional documents produced by Greene; |
| 06/06/05 | T. Daniel | 1.20 | Meet with P. Crofford, human resources expert; conference with legal assistant regarding documents; |
| 06/06/05 | T. Daniel | 6.00 | Travel to Portland for depositions; review documents/prepare for depositions while traveling; |
| 06/06/05 | A. Jarrell | 1.40 | Update chronology; review documents produced by plaintiff; update witness folders with additional documents produced by plaintiff; |
| 06/07/05 | T. Daniel | 8.00 | Meet with H. Clark to prepare for deposition; defend H. Clark deposition; |
| 06/08/05 | T. Daniel | 10.00 | Meet with M. Gadbury; defend Gadbury deposition; travel to Seattle; meet with J. Gimbel to prepare for deposition; |
| 06/09/05 | T. Daniel | 6.00 | Meet with J. Gimbel; defend Gimbel deposition; |
| 06/10/05 | T. Daniel | 8.00 | Meet with B. Sanchez; defend Sanchez deposition; return travel to Anchorage (prepare list of follow-up items while traveling); |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|------------------------|
| 06/13/05 | T. Daniel | 1.80 | Email to J. Anderson regarding Sanchez deposition; follow up regarding G. Kusin deposition; follow-up emails regarding additional information needed for deposition; review G. Kusin documents; review financial information regarding Northern Lights branch; review preliminary expert report; review summary of sales, costs and MSM score (01-03); identify issues to follow-up on; telephone conference with Kuhn's attorney regarding deposition; |
| 06/13/05 | A. Jarrell | 1.60 | Review file for documents created by G. Kusin; review file for documents regarding financial numbers for the Northern Lights store; |
| 06/14/05 | T. Daniel | 0.30 | Review L. Sagers interview notes and email regarding same; emails regarding R. Kuhn deposition; |
| 06/14/05 | A. Jarrell | 4.00 | Review and organize financial data comparing the Northern Lights store to the other stores in the district; |
| 06/15/05 | T. Daniel | 2.10 | Prepare for conference with H.R. expert; telephone conference with P. Crofford, expert regarding report; review statistical information regarding sales, MSM scores; telephone conference with T. Collier, witness; telephone conference with Greene's lawyer regarding additional discovery, results of prior deposition trip, etc.; review G. Kusin email and forward same to J. Anderson; |
| 06/15/05 | A. Jarrell | 3.00 | Complete review and organization of financial data comparing the Northern Lights store to the other stores in the district; emails to A. Castillo requesting further information regarding financial statements; |
| 06/16/05 | T. Daniel | 0.80 | Telephone conference with J. Anderson regarding Dallas depositions, previous depositions, case update, etc.; email regarding same; |
| 06/17/05 | T. Daniel | 1.70 | Review MSM and sales scores 2001-2003; compare to warnings regarding performance and outline summary of same; telephone conference with P. Nakashima regarding Kuhn case (specifically the evidence showing that Greene's termination was for poor performance over time vs. Kuhn's termination for insubordination); email to J. Anderson regarding Kusin deposition; |
| 06/17/05 | A. Jarrell | 1.90 | Review file for documentation regarding MSM standards; email to A. Castillo requesting MSM standards; |
| 06/20/05 | T. Daniel | 2.20 | Analyze MSM scores; prepare draft summary of performance (2001-03) with warnings about poor MSM scores; email regarding deposition schedule; |
| 06/21/05 | T. Daniel | 3.40 | Prepare draft motion to exclude testimony of plaintiff's HR expert; |
| 06/22/05 | T. Daniel | 2.10 | Find prior email correspondence regarding N. Fletcher; telephone conference with Greene's lawyer regarding depositions in L.A. and Dallas; conference with paralegal regarding same; review prior motion to exclude testimony of human resources expert; continue work on motion to exclude plaintiff's expert; |
| 06/22/05 | A. Jarrell | 0.10 | Telephone call to D. Terrazone and D. Ingram regarding deposition dates; |
| 06/24/05 | T. Daniel | 2.50 | Emails regarding Kusin/Fisher depositions, preparing statement of facts for possible motion for summary judmgent (and to use to determine additional facts to develop); |
| 06/27/05 | S. Murphy | 6.30 | Research case law and rules of civil procedure regarding deposition of corporate executives; |
| 06/27/05 | T. Daniel | 3.50 | Revise and modify statement of facts incorporating sales, SQM and MSM history, 1998-2003; |
| 06/27/05 | A. Jarrell | 1.80 | Revise charts comparing D. Greene's performance to other stores in the district; |
| 06/28/05 | S. Murphy | 6.10 | Research and draft memorandum for T. Daniel regarding deposition of high level executives; |
| 06/28/05 | T. Daniel | 2.90 | Telephone conference with Greene's lawyer regarding Dallas depositions and plaintiff's witness depositions; revise and supplement detailed statement of facts; |
| 06/29/05 | T. Daniel | 0.40 | Emails regarding depositions; finalize expert report; |
| 06/29/05 | A. Jarrell | 0.90 | Review file for financial information for the third quarter of 2003; |

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| 06/30/05 | T. Daniel | 2.40 | Emails regarding Kusin and Fisher depositions; revise detailed statement of facts for possible motion for summary judgment and report to client; |

Total For Services     $24,486.00

### Disbursements and Other Charges

| | |
|---|---|
| Messenger charges | 3.58 |
| Local travel expense | 5.00 |
| Travel expense - | |
| T. Daniel, Portland/Seattle, 6/6-10 | 935.62 |
| Airfare - | |
| VENDOR: Diners Club - 3887-600126-7805 INVOICE#: 20050630165 DATE: 6/30/2005 | |
| B 06/06/2005, T. Daniel, Portland; Ticket#8107691422 | 1,058.60 |
| Travel expense meals - | |
| T. Daniel, Portland/Seattle, 6/6-10 | 244.41 |

Disbursement and Other Charges Total     $2,247.21

**Total This Invoice     $26,733.21**

### SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|-------------------|--------------|--------------|-------|
| T. Daniel | 74.40 | 265.00 | 19,716.00 |
| A. Jarrell | 26.20 | 130.00 | 3,406.00 |
| S. Murphy | 12.40 | 110.00 | 1,364.00 |
| Total | 113.00 | 216.69 | $24,486.00 |

TMD

### *This invoice is for current charges only.*
*Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before AUGUST 19, 2005*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 54249, Invoice 3101414