# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:  54249-0001

August 17, 2005

Invoice 3120930

FedEx Kinko's Office and Print Services, Inc.
Attn: Julia Anderson
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX 75240

## INVOICE

**FOR SERVICES THROUGH 07/31/05, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $18,464.00 |
| Disbursements and Other Charges | $659.80 |
| **TOTAL DUE THIS INVOICE** | **$19,123.80** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 06/23/05 | A. Jarrell | 1.10 | Telephone call to D. Terrazone and D. Ingram regarding deposition dates; |
| 07/01/05 | S. Murphy | 0.90 | Draft memorandum for T. Daniel regarding deposition of high level executives; |
| 07/01/05 | T. Daniel | 1.20 | Emails regarding depositions in Dallas, LA and Hawaii; conference regarding depositions of CEOs; review notes regarding M. Bonifacio interview; review memo regarding possible objection to CEO deposition; |
| 07/01/05 | A. Jarrell | 0.80 | Telephone conference with D. Ingram regarding deposition date; telephone call to D. Terrazone regarding deposition date; email N. Fletcher regarding deposition date; research location most convenient for D. Ingram's deposition; |
| 07/05/05 | T. Daniel | 0.20 | Telephone conference with J. Seedorf regarding depositions in Dallas, LA and Hawaii; |
| 07/05/05 | A. Jarrell | 0.10 | Review email from N. Fletcher regarding deposition dates; |
| 07/06/05 | T. Daniel | 0.40 | Emails regarding R. Kuhn deposition; review Greene's response to discovery request; |
| 07/07/05 | T. Daniel | 0.80 | Review additional documents produced by Greene; |
| 07/08/05 | T. Daniel | 0.40 | Schedule depositions in Dallas, LA and Honolulu; long email regarding same; |
| 07/08/05 | A. Jarrell | 0.10 | Telephone conference with D. Terrazone regarding deposition date and time; |
| 07/11/05 | T. Daniel | 5.20 | Telephone conference with T. Gimbel regarding Kuhn's deposition; follow-up letters to Greene's attorney regarding discovery responses; review plaintiff's requests for production and conference with paralegal regarding same; revise Greene's statement of facts; analyze sales and MSM data; add to statement of facts; prepare draft requests for admissions to plaintiff; |
| 07/11/05 | A. Jarrell | 2.80 | Review documents received from D. Greene; review file for documents related to 2003 third quarter financial reports for Northern Lights branch; review file for documents for G. Kusin, C. Fisher, D. Terrazone and D. Ingram's depositions; |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

54249-0001                                    August 17, 2005                              Invoice  3120930

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 07/12/05 | T. Daniel | 4.80 | Emails regarding Dallas, LA and Hawaii deposition trips and deposing plaintff's witnesses; revise and supplement statement of facts; telephone calls to T. Gimbel regarding L. Larson; listen to tape recordings produced by D. Greene; review requests for admissions submitted by plaintiff; prepare additional discovery requests; |
| 07/12/05 | A. Jarrell | 4.20 | Email to N. Fletcher regarding third quarter documentation; review file for documents for G. Kusin, C. Fisher, D. Terrazone and D. Ingram's depositions; |
| 07/13/05 | T. Daniel | 4.80 | Revise statement of facts; review numerous additional documents; listen to tapes produced; |
| 07/13/05 | A. Jarrell | 4.60 | Review file for documents for G. Kusin, C. Fisher, D. Terrazone and D. Ingram's depositions; review request for admissions and draft responses to same; |
| 07/14/05 | T. Daniel | 1.10 | Conference regarding organization chart; review third quarter 2003 performance quarters; listen to CDs produced; |
| 07/14/05 | A. Jarrell | 4.40 | Review file for documents for G. Kusin, C. Fisher, D. Terrazone and D. Ingram's depositions; review request for admissions and draft responses; |
| 07/15/05 | T. Daniel | 0.90 | Revise fact statement; review policy regarding assistant managers; emails to T. Gimbel and H. Clark regarding same; |
| 07/18/05 | T. Daniel | 6.60 | Review requests for admission for Clark and Gimbel and send emails to each regarding same; long telephone conference with T. Gimbel regarding assistant managers, interpretation of statistical data; revise statement of facts; |
| 07/18/05 | A. Jarrell | 4.30 | Review file for documents for G. Kusin, C. Fisher, D. Terrazone and D. Ingram's depositions; review request for admissions and draft responses; draft email regarding request for admissions that other Kinko employees need to answer; |
| 07/19/05 | T. Daniel | 1.80 | Conference with paralegal regarding 2004-2005 financial data regarding Northern Lights branch, 2003 President's Club ranking, 2000 assisant managers of Northern Lights; revise fact statement; |
| 07/19/05 | A. Jarrell | 2.40 | Review requests for admissions regarding questions H. Clark needs to answer; chart assistant managers for the Northern Lights and Dimond stores; draft supplemental response to first requests for production; draft chart of the races of managers under R. Kuhn; |
| 07/20/05 | T. Daniel | 4.80 | Telephone conference with D. Nakashima and J. Anderson regarding Kuhn mediation, strategy, issues in both cases; revise fact statement; review and add November and December 2003 financial numbers; begin preparation for L. Greene deposition (review assistant manager hires, listen to tapes produced by Greene); |
| 07/21/05 | T. Daniel | 6.30 | Prepare for L. Greene deposition (review relevant documents, prepare outline, review D. Greene deposition); |
| 07/21/05 | A. Jarrell | 4.30 | Continue responding to request for admissions; telephone conference with S. Lewis regarding J. Slagle's personnel file; research nepotism policy; |
| 07/22/05 | A. Jarrell | 2.20 | Prepare exhibits for L. Greene's deposition; review J. Slagle's file; continue working on request for admissions; |
| 07/25/05 | T. Daniel | 5.80 | Final preparation for L. Greene deposition; take deposition of L. Greene; |
| 07/25/05 | A. Jarrell | 1.30 | Finish drafting responses to request for admissions; email to A. Castillo regarding information for request for admissions we need; email to D. Terrazone confirming her deposition; |
| 07/26/05 | T. Daniel | 1.70 | Emails with H. Clark regarding request for admission; telephone conference with R. Kuhn's lawyer regarding deposition; telephone conference with H. Clark regarding request for admission; telephone conference with D. Nakashima regarding Kuhn mediation and Kusin deposition; revise second written discovery requests to Greene; |
| 07/26/05 | A. Jarrell | 1.60 | Organize documents for D. Terrazone and D. Ingram's depositions; |
| 07/27/05 | T. Daniel | 0.80 | Emails regarding Kusin deposition, Terrazone deposition, Fletcher deposition and Selkeld deposition; |
| 07/27/05 | A. Jarrell | 2.50 | Conference with T. Daniel regarding status of case and request for |

54249-0001                                    August 17, 2005                              Invoice  3120930

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
|      |                    |       | admission responses; email to C. Selkeld regarding deposition; email to N. Fletcher regarding deposition; revise request for admission responses; |
| 07/28/05 | T. Daniel | 0.90 | Emails regarding Selkeld and Fletcher depositions; draft final discovery requests to Greene; |
| 07/29/05 | T. Daniel | 2.40 | Emails with R. Nakashima regarding Kuhn settlement/effect on Greene case; revise and supplement second discovery requests; emails to C. Selkeld; prepare outline of Selkeld issues; follow-up letter to Greene's lawyer regarding damages interrogatory; telephone conference with T. Gimbel regarding plaintiff's lawyer contact with S. Yaskell; telephone conference with Yaskell; emails with D. Ingram regarding deposition preparation; telephone conference with Greene's lawyer regarding Yaskell and Selkeld depositions; |
| 07/29/05 | A. Jarrell | 0.20 | Review additional discovery requests being sent to D. Greene; |
| 07/31/05 | T. Daniel | 0.30 | Telephone conference with C. Selkeld regarding knowledge of Greene and possible deposition; |

|  |  |  | Total For Services | $18,464.00 |

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 0.30 |
| Local travel expense | 22.00 |
| Witness fee/expense -<br>    L. Greene | 20.00 |
| Consultant's services -<br>    Patsy Crofford, 7/2005 | 617.50 |

|  | Disbursement and Other Charges Total | $659.80 |
|---|-----------------------------------|---------|
|  | **Total This Invoice** | **$19,123.80** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| T. Daniel | 51.20 | 265.00 | 13,568.00 |
| A. Jarrell | 36.90 | 130.00 | 4,797.00 |
| S. Murphy | 0.90 | 110.00 | 99.00 |
| Total | 89.00 | 207.46 | $18,464.00 |

TMD

### *This invoice is for current charges only.*
***Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before SEPTEMBER 16, 2005***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  3120930

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER: 54249-0001

September 23, 2005

Invoice  3137250

FedEx Kinko's Office and Print Services, Inc.
Attn:  Julia Anderson
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX  75240

---

## INVOICE

---

**FOR SERVICES THROUGH 08/31/05, IN CONNECTION WITH THE FOLLOWING:**

|  |  |
|---|---|
| Total Services | $21,263.50 |
| Disbursements and Other Charges | $4,059.06 |
| **TOTAL DUE THIS INVOICE** | **$25,322.56** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 08/01/05 | T. Daniel | 2.60 | Telephone conference with J. Seedorf regarding Selkeld deposition; review 2000 performance results regarding Northern Lights branch; review file regarding pre-2001 information; emails regarding same; emails to B. Voss regarding Kuhn deposition; |
| 08/02/05 | T. Daniel | 2.10 | Emails regarding C. Selkeld deposition; emails with J. Anderson regarding same; emails regarding responses to Greene's discovery requests; review RFA's that we do not have to respond to; review status of responses to RFPs; review documents for D. Terrazone and D. Ingram depositions; review plaintiff's second discovery request and J. Anderson notes regarding same; address comments and email regarding same; |
| 08/02/05 | A. Jarrell | 0.90 | Email documents to D. Ingram and D. Terrazone for their review; email to A. Castillo regarding President's Club reports for 1997-2001; review file for R. Kuhn's letter and add letter to witness files; |
| 08/03/05 | T. Daniel | 0.90 | Telephone conference with S. Yaskell, witness; email to plaintiff's counsel regarding deposition; inteview D. Ingram regarding deposition; |
| 08/04/05 | T. Daniel | 2.30 | Interview C. Selkeld; dictate summary of interview; outline issues regarding remaining discovery and issues to resolve with Greene's lawyer; email to Greene's lawyer regarding same; |
| 08/05/05 | T. Daniel | 1.60 | Review emails of D. Terrazone; prepare issues to address with her; interview D. Terrazone and prep her for deposition; |
| 08/05/05 | A. Jarrell | 1.10 | Scan and send BEAs and BOAs to attorney in Hawaii; email to A. Castillo regarding status of request for admissions; |
| 08/08/05 | T. Daniel | 3.60 | Emails regarding discovery responses; list documents to take on deposition trip; outline issues/documents to address with G. Kusin; revise memo regarding C. Selkeld interview; telephone conference with Greene's lawyer regarding discovery issues, deposition trip; identify Kuhn exhibits and begin Kuhn deposition outline; |
| 08/08/05 | A. Jarrell | 0.40 | Review request for admissions and insert additional information; |
| 08/09/05 | T. Daniel | 9.10 | Prepare outline of R. Kuhn direct exam for deposition (which will be used at trial); revise list of exhibits for Kuhn deposition; interview S. |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
**PERKINS COIE LLP AND AFFILIATES**

54249-0001 September 23, 2005 Invoice 3137250

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| | | | Yaskell; review and revise responses to requests for admission; |
| 08/09/05 | A. Jarrell | 1.90 | Prepare exhibits for R. Kuhn's deposition; |
| 08/10/05 | T. Daniel | 3.20 | Finalize response to requests for admission; compile information needed for deposition trip; add outline of issues for Kusin and Kuhn; update trial notebook; review status of responses to Greene's second discovery requests; |
| 08/10/05 | A. Jarrell | 3.10 | Prepare exhibits for R. Kuhn's deposition; conference with T. Daniel regarding deposition preparation; discovery requests and requests for admissions; research regarding location of T. Collins. |
| 08/10/05 | J. Nist | 0.30 | Conference with T. Daniel regarding summary judgment; |
| 08/11/05 | A. Jarrell | 4.30 | Prepare additional R. Kuhn exhibits; continue summarizing D. Greene's deposition: |
| 08/12/05 | A. Jarrell | 3.20 | Continue summarizing D. Greene's depositions; |
| 08/15/05 | T. Daniel | 6.00 | Travel to Dallas; prepare for depositions on plane; meet with J. Anderson regarding case update and depositions; |
| 08/15/05 | A. Jarrell | 4.20 | Finish summarizing D. Greene's depositions; telephone call to D. Nakashima's office regarding R. Kuhn's deposition exhibits being FedEx'd to their office; |
| 08/16/05 | T. Daniel | 8.00 | Meet with and defend depositions of G. Kusin and C. Fisher; meet with J. Anderson and R. Liscoe regarding litigation strategy; |
| 08/16/05 | A. Jarrell | 0.50 | Research regarding location to Ted Collins; |
| 08/17/05 | T. Daniel | 8.00 | Travel Dallas to LA; work on plane regarding upcoming depositions; defend depositions of D. Terrazone and D. Ingram; |
| 08/17/05 | J. Nist | 0.40 | Research regarding ability to preclude settlement information from discovery; |
| 08/18/05 | T. Daniel | 8.00 | Travel to Hawaii; prepare for Kuhn deposition on the plane; |
| 08/18/05 | J. Nist | 1.50 | Research ability to preclude settlement information from discovery; |
| 08/19/05 | T. Daniel | 8.50 | Take Kuhn deposition; |
| 08/22/05 | J. Nist | 2.00 | Research regarding motion for summary judgment; |
| 08/29/05 | J. Nist | 4.80 | Research and draft motion for summary judgment; |
| 08/31/05 | T. Daniel | 1.80 | Telephone conference with C. Gann, vocational/damage expert regarding cost, approach, etc.; conference regarding whether jury is informed of caps; analyze damages mitigation strategies and draft long email regarding same; |

Total For Services $21,263.50

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 560.10 |
| Messenger charges | 31.69 |
| Long distance telephone charges | 71.77 |
| Computer research | 1,174.24 |
| Local travel expense | 56.70 |
| Air express charge | 52.23 |
| Witness fee/expense - | |
|     L. Greene | -20.00 |
| Airfare - | |
|     T. Daniel, Honolulu, 2005-08-10; Ticket#1318118558 | 1,548.33 |
|     T. Daniel Honolulu/ANC, 8/30/05 | 334.00 |
| Other - | |
|     Deposit for deposition of Ronald Kuhn | 250.00 |

Disbursement and Other Charges Total $4,059.06

**Total This Invoice** **$25,322.56**

54249-0001                          September 23, 2005                          Invoice  3137250

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 65.70 | 265.00 | 17,410.50 |
| J. Nist | 9.00 | 145.00 | 1,305.00 |
| A. Jarrell | 19.60 | 130.00 | 2,548.00 |
| Total | 94.30 | 225.49 | $21,263.50 |

TMD

### *This invoice is for current charges only.*
*Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before OCTOBER 23, 2005*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  3137250

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    54249-0001

October 21, 2005

Invoice  3159447

FedEx Kinko's Office and Print Services, Inc.
Attn:  Julia Anderson
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX  75240

---

INVOICE

---

**FOR SERVICES THROUGH 09/30/05, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $20,718.50 |
| Disbursements and Other Charges | $2,130.42 |
| **TOTAL DUE THIS INVOICE** | **$22,848.92** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 09/01/05 | T. Daniel | 3.10 | Complete long email regarding strategy issues; address motion and discovery deadlines; telephone conference with T. Gimbel regarding 2004 and 2005 performance scores for Northern Lights; analyze overall performance scores in Hawaii/Alaska districts 2001-2003; telephone conferences with T. Gimbel regarding 2004-2005 performance rankings interpretations; telephone conference with T. Gimbel regarding performance appraisals of previous BM at Northern Lights; |
| 09/02/05 | T. Daniel | 0.90 | Review J. Fuhrman's performance appraisals (former Northern Lights BM); email regarding 98-2000 Combined Performance Results; review website regarding Instant Imprints (Greene's franchise); |
| 09/02/05 | A. Jarrell | 0.30 | Review file regarding date that D. Greene was moved to the Northern Lights store; |
| 09/06/05 | T. Daniel | 1.20 | Telephone conference with Greene's attorney regarding scheduling; prepare motion for extension of deadline for discovery; review key part of Kuhn videotape to get staff reaction to Kuhn; emails to H. Clark and T. Gimbel regarding Kuhn testimony; |
| 09/06/05 | A. Jarrell | 1.50 | Review DVD of R. Kuhn's deposition; |
| 09/06/05 | J. Nist | 3.20 | Draft motion for summary judgment; |
| 09/07/05 | T. Daniel | 1.10 | Emails with H. Clark regarding Greene case; revise joint motion to extend time; review 97-2000 combined performance results and compare to Greene's later performance; |
| 09/07/05 | A. Jarrell | 0.80 | Review file for documentation previously requested and not yet received; |
| 09/07/05 | J. Nist | 5.80 | Continue drafting motion for summary judgment; |
| 09/08/05 | A. Jarrell | 0.60 | Review emails and print documents regarding FedEx financial documentation; |
| 09/09/05 | T. Daniel | 5.60 | Review 1999 combined performance report and email regarding same; conference with paralegal regarding developing charts/exhibits showing performance of Northern Lights Branch 1997-2005; prepare motion to strike plaintiff's damages expert report; prepare draft motion in limine to preclude presenting back pay and front pay to the jury; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

54249-0001                     October 21, 2005                     Invoice  3159447

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 09/09/05 | A. Jarrell | 0.30 | Conference with T. Daniel regarding drafting performance charts; prepare documents for disclosure; |
| 09/09/05 | J. Nist | 4.30 | Review file; research regarding standards for showing pretext under Title VII; continue drafting motion for summary judgment; |
| 09/12/05 | T. Daniel | 2.60 | Address strategy regarding taking back pay and front pay away from jury; revise motion in limine to exclude testimony of plaintiff's human resources expert; |
| 09/12/05 | J. Nist | 2.30 | Draft motion for summary judgment; review Kuhn deposition; |
| 09/13/05 | T. Daniel | 2.90 | Revise motion in limine to exclude plaintiff's human resources expert; |
| 09/13/05 | J. Nist | 0.80 | Review Kuhn exhibits; |
| 09/14/05 | T. Daniel | 1.30 | Review supplemental production of combined performance reports; revise same; revise motion in limine to exclude human resources expert report; |
| 09/14/05 | A. Jarrell | 0.90 | Research regarding telephone number for T. Collins; draft supplemental disclosure; review file regarding disclosure of 2004 combined performance data; |
| 09/15/05 | T. Daniel | 2.90 | Finalize motion in limine to exclude plaintiff's human resources expert; revise motion in limine to exclude front pay; |
| 09/15/05 | A. Jarrell | 1.40 | Draft chart comparing D. Greene's performance scores on a year-by-year basis and the Northern Lights store's scores on a year-by-year basis; email A. Castillo regarding actual sales numbers; |
| 09/16/05 | T. Daniel | 2.60 | Review rough draft of summary judgment motion and comment on same; review chart of Performance and MSM scores for Greene and for Northern Lights store (1997-2005); brief research regarding mitigation defense where plaintiff opens own business; |
| 09/16/05 | A. Jarrell | 1.00 | Research the number of ranked stores in the Kinko's system; compare the number of stores; |
| 09/16/05 | J. Nist | 4.60 | Draft motion for summary judgment; |
| 09/19/05 | T. Daniel | 4.00 | Telephone conferences with S. Yaskell and J. Seedorf regarding remaining depositions; finalize motion in limine regarding plaintiff's HR expert; create timeline regarding events in June-August 2003; telephone calls to/from  Seedorf  regarding follow up deposition of D. Greene; prepare for Greene follow-up deposition (regarding his tape recordings); |
| 09/19/05 | A. Jarrell | 2.90 | Research location of T. Collins; review records regarding documentation that confirms the date that D. Greene sent his complaint letter of June 28, 2003; |
| 09/20/05 | T. Daniel | 3.30 | Prepare for Greene follow up deposition (listen to tape recordings and make notes regarding same); telephone conference with Greene's attorney regarding Seattle depositions; emails to N. Fletcher regarding her deposition; email to J. Anderson regarding case update; |
| 09/21/05 | T. Daniel | 0.60 | Email regarding case status; revise motion in limine regarding HR expert; emails regarding Fletcher deposition; |
| 09/21/05 | A. Jarrell | 0.80 | Review file for investigation documentation; email investigation documentation to N. Fletcher for her review; |
| 09/22/05 | T. Daniel | 4.30 | Prepare for Greene follow up deposition; take Greene deposition; |
| 09/22/05 | A. Jarrell | 0.80 | Continue attempts to contact T. Collins and research regarding T. Collins' address; |
| 09/23/05 | T. Daniel | 0.30 | Prepare for N. Fletcher deposition; |
| 09/24/05 | T. Daniel | 1.60 | Review documents regarding Greene internal investigation; outline issues to address with N. Fletcher to prepare her for deposition; |
| 09/26/05 | T. Daniel | 5.30 | Telephone conference with N. Fletcher for deposition preparation; pull documents needed for Fletcher deposition; travel to Seattle for deposition (including reviewing documents and updating statement of facts while traveling); |
| 09/26/05 | A. Jarrell | 0.80 | Calculate the median MSM and combined performance scores for ranked stores in 2001-2005; |
| 09/27/05 | T. Daniel | 6.50 | Meet with N. Fletcher; defend N. Fletcher deposition; return travel to Anchorage (less time worked on other matters); |
| 09/27/05 | J. Nist | 2.00 | Conference with T. Daniel; review file; draft motion for summary judgment; |

54249-0001                              October 21, 2005                              Invoice  3159447

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 09/28/05 | T. Daniel | 1.10 | Follow up notes regarding completion of discovery; emails to N. Fletcher and T. Gimbel regarding Fletcher deposition; email to plaintiff's attorney regarding additional depositions; telephone conference with L. Sagers regarding her deposition; review revised chart regarding Northern Lights Performance 1997 to date; |
| 09/28/05 | J. Nist | 6.40 | Draft motion for summary judgment; |
| 09/29/05 | J. Nist | 3.30 | Draft motion for summary judgment; |
| 09/30/05 | T. Daniel | 0.20 | Review plaintiff's opposition to motion to strike expert report; review notice of S. Yaskell deposition; |
| 09/30/05 | J. Nist | 5.40 | Draft motion for summary judgment; |

Total For Services        $20,718.50

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 85.60 |
| Messenger charges | 3.48 |
| Long distance telephone charges | 10.46 |
| Computer research | 284.23 |
| Video deposition | 911.00 |
| Court reporter fee - | |
|     Depo. of L. Greene, 7/25 | 835.65 |

Disbursement and Other Charges Total        $2,130.42

**Total This Invoice        $22,848.92**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| T. Daniel | 51.40 | 265.00 | 13,621.00 |
| J. Nist | 38.10 | 145.00 | 5,524.50 |
| A. Jarrell | 12.10 | 130.00 | 1,573.00 |
| Total | 101.60 | 203.92 | $20,718.50 |

TMD

### *This invoice is for current charges only.*
***Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before NOVEMBER 20, 2005***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  3159447

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER:  54249-0001

November 15, 2005

Invoice  3174540

FedEx Kinko's Office and Print Services, Inc.
Attn:  Julia Anderson
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX  75240

## INVOICE

**FOR SERVICES THROUGH 10/31/05, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---:|
| Total Services | $14,543.00 |
| Disbursements and Other Charges | $5,805.75 |
| **TOTAL DUE THIS INVOICE** | **$20,348.75** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 10/03/05 | T. Daniel | 4.90 | Review Greene and Kuhn depositions and note significant additional facts to add to motion for summary judgment; |
| 10/03/05 | J. Nist | 4.50 | Research and draft motion for summary judgment; |
| 10/04/05 | J. Nist | 4.70 | Research and draft motion for summary judgment; |
| 10/05/05 | J. Nist | 1.00 | Research and draft motion for summary judgment; |
| 10/06/05 | J. Nist | 5.00 | Research and draft motion for summary judgment; |
| 10/07/05 | J. Nist | 3.70 | Research and draft motion for summary judgment; |
| 10/09/05 | J. Nist | 1.80 | Research and draft motion for summary judgment; |
| 10/10/05 | J. Nist | 6.00 | Research and draft motion for summary judgment; |
| 10/11/05 | T. Daniel | 3.10 | Review draft motion for summary judgment; revise same; |
| 10/11/05 | J. Nist | 4.40 | Research and draft motion for summary judgment; |
| 10/12/05 | T. Daniel | 3.80 | Revise motion for summary judgment (facts section); |
| 10/16/05 | T. Daniel | 1.00 | Prepare outline for L. Sagers deposition; |
| 10/17/05 | T. Daniel | 3.70 | Depose L. Sagers (former Fairbanks store manager); prepare report to clients regarding same; |
| 10/17/05 | J. Nist | 3.60 | Research and draft memorandum regarding mitigation where employee becomes self-employed; |
| 10/18/05 | T. Daniel | 6.70 | Prepare outline for S. Yaskell deposition; defend deposition of S. Yaskell;  revise fact statement in motion for summary judgment; |
| 10/18/05 | A. Jarrell | 0.70 | Revise MSM spreadsheet for S. Yaskell's deposition; review file for spreadsheets with MSM scores from 1997-2003; |
| 10/18/05 | J. Nist | 6.10 | Research and draft memorandum regarding mitigation where employee becomes self-employed; |
| 10/19/05 | T. Daniel | 0.90 | Conference regarding mitigation of damages issues; meet with C. Gann, damages expert; |
| 10/19/05 | J. Nist | 2.00 | Finalize memorandum regarding mitigation where employee becomes self-employed; |
| 10/20/05 | T. Daniel | 1.80 | Prepare summary of S. Yaskell deposition testimony for report to J. Anderson; revise same; revise motion for summary judgment; |
| 10/21/05 | T. Daniel | 1.40 | Revise motion for summary judgment; conference with J. Nist regarding additional revisions; |
| 10/21/05 | J. Nist | 0.30 | Conference with T. Daniel regarding summary judgment motion; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

54249-0001                                November 15, 2005                        Invoice  3174540

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|--------------------------|
| 10/26/05 | A. Jarrell | 0.20 | Research location of Ted Collins; |
| 10/27/05 | A. Jarrell | 0.10 | Email to C. Salkeld regarding deposition; |
| 10/29/05 | J. Nist | 1.70 | Revise motion for summary judgment; |
| 10/30/05 | J. Nist | 2.10 | Revise motion for summary judgment; |
| 10/31/05 | T. Daniel | 0.30 | Review plaintiff's opposition to motion to exclude plaintiff's employee relations consultant; |
| 10/31/05 | A. Jarrell | 0.40 | Review file for MSM and ranking documents; |
| 10/31/05 | J. Nist | 1.70 | Revise motion for summary judgment; |

Total For Services     $14,543.00

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 8.20 |
| Messenger charges | 39.57 |
| Long distance telephone charges | 0.17 |
| Computer research | 1,428.87 |
| Local travel expense | 8.00 |
| Special postage | 12.60 |
| Court reporter fee - | |
|     Depo. of R. Kulm, 8/19 | 1,550.82 |
|     Depo of D. Greene, Vol.111, 9/22 | 306.30 |
| Travel expense - | |
|     T. Daniel, Dallas/LA/Honolulu, 8/15-20 | 1,575.56 |
|     T. Daniel, Bellevue, 9/26-27 | 365.12 |
| Airfare - | |
|     T. Daniel, Seattle, 2005-09-26; Ticket#5054187397 | 50.00 |
| Travel expense meals - | |
|     T. Daniel, Dallas/LA/Honolulu, 8/15-20 | 175.31 |
|     T. Daniel, Bellevue, 9/26-27 | 63.73 |
| Other - | |
|     CD #4-CD Transcription | 221.50 |

Disbursement and Other Charges Total     $5,805.75

**Total This Invoice     $20,348.75**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| T. Daniel | 27.60 | 265.00 | 7,314.00 |
| J. Nist | 48.60 | 145.00 | 7,047.00 |
| A. Jarrell | 1.40 | 130.00 | 182.00 |
| Total | 77.60 | 187.41 | $14,543.00 |

TMD

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before DECEMBER 15, 2005*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  3174540

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    54249-0001

December 21, 2005

Invoice  3195959

FedEx Kinko's Office and Print Services, Inc.
General Counsel
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX  75240

## INVOICE

**FOR SERVICES THROUGH 11/30/05, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $4,009.50 |
| Disbursements and Other Charges | $3,272.95 |
| **TOTAL DUE THIS INVOICE** | **$7,282.45** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 11/01/05 | T. Daniel | 2.20 | Telephone conference with vocational consultant regarding damages report; review and revise motion for summary judgment; |
| 11/01/05 | J. Nist | 0.70 | Identify exhibits for summary judgment motion; |
| 11/02/05 | A. Jarrell | 0.50 | Start R. Kuhn deposition summary; |
| 11/03/05 | T. Daniel | 1.70 | Find emails with H. Clark; telephone conference with T. Gimbel regarding Greene termination decisions; conference with J. Nist regarding Clark affidavit; prepare draft reply to opposition to motion to exclude employee relations consultant; |
| 11/03/05 | J. Nist | 1.10 | Review revisions to motion for summary judgment; |
| 11/04/05 | T. Daniel | 2.70 | Revise H. Clark declaration and email to Clark; revise reply to opposition to motion to exclude expert testimony; prepare letter to damages expert and review retainer agreement; revise retaliation section of motion for summary judgment; |
| 11/04/05 | A. Jarrell | 0.10 | Research regarding location of T. Collins; |
| 11/07/05 | T. Daniel | 3.00 | Finalize reply to opposition to motion to exclude human relations expert; telephone conference with T. Gimbel regarding emails regarding Greene's termination; designate rebuttal expert regarding damages; review H. Clark declaration; telephone conference with H. Clark regarding same; revise declaration and revise motion for summary judgment based on change in declaration; |
| 11/08/05 | T. Daniel | 2.40 | Revise motion for summary judgment in light of H. Clark declaration; telephone conference with H. Clark regarding declaration; final review of motion for summary judgment; |
| 11/08/05 | A. Jarrell | 0.40 | Continue summarizing R. Kuhn's deposition; |
| 11/08/05 | J. Nist | 0.20 | Revise motion for summary judgment; |
| 11/09/05 | T. Daniel | 0.20 | Review exhibits to motion for summary judgment; |
| 11/09/05 | J. Nist | 1.00 | Revise motion for summary judgment; |
| 11/10/05 | T. Daniel | 0.70 | Emails to expert, C. Salkeld, and plaintiff's counsel regarding expert report, Salkeld deposition; review exhibits to motion for summary judgment; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

54249-0001                          December 21, 2005                          Invoice  3195959

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 11/10/05 | A. Jarrell | 0.20 | Locate exhibits for motion for summary judgment; |

Total For Services          $4,009.50

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 147.80 |
| Long distance telephone charges | 11.85 |
| Computer research | 227.65 |
| Special postage | 15.65 |
| Court reporter fee - | |
|     Depo. of L. Sagers, 10/17 | 554.10 |
| Airfare - | |
|     L. Sagers, Anchorage, 2005-10-15; Ticket#1334033561 | 406.90 |
|     T. Daniel, Seattle, 2005-09-20; Ticket#1232118811 | 409.00 |
| Other - | |
|     Retainer for expert witness in Greene v. FedEx Kinko's | 1,500.00 |

Disbursement and Other Charges Total          $3,272.95

**Total This Invoice**          **$7,282.45**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| T. Daniel | 12.90 | 265.00 | 3,418.50 |
| J. Nist | 3.00 | 145.00 | 435.00 |
| A. Jarrell | 1.20 | 130.00 | 156.00 |
| Total | 17.10 | 234.47 | $4,009.50 |

TMD

### This invoice is for current charges only.
*Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JANUARY 20, 2006*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 54249, Invoice  3195959

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    54249-0001

January 20, 2006

Invoice  3209200

FedEx Kinko's Office and Print Services, Inc.
Attn:  Ric Liskow, General Counsel
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX  75240

## INVOICE

**FOR SERVICES THROUGH 12/31/05, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $2,493.50 |
| Disbursements and Other Charges | $2,910.94 |
| **TOTAL DUE THIS INVOICE** | **$5,404.44** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/02/05 | T. Daniel | 0.10 | Telephone conference with J. Seedorf regarding extension of time for opposition to motion for summary judgment; |
| 12/07/05 | T. Daniel | 0.10 | Follow up with vocational expert; |
| 12/08/05 | T. Daniel | 0.50 | Telephone conference with vocational expert regarding additional information needed; |
| 12/09/05 | T. Daniel | 0.40 | Conference with paralegal regarding additional information needed for vocational expert; emails to A. Castillo regarding same; |
| 12/09/05 | A. Jarrell | 1.20 | Locate documents for expert; |
| 12/12/05 | T. Daniel | 1.30 | Emails regarding sales numbers and job descriptions; email to R. Liskow regarding status; emails to C. Salkeld regarding deposition; collect documents to send to Salkeld for his deposition; |
| 12/12/05 | A. Jarrell | 0.90 | Locate documents for expert; locate and prepare documents to send to C. Selkeld; |
| 12/13/05 | T. Daniel | 0.80 | Telephone conference with C. Gann regarding expert report; telephone conference with J. Seedorf regarding Salkeld deposition; email to Salkeld; |
| 12/13/05 | A. Jarrell | 0.20 | Send BOA and BEAs to C. Selkeld; |
| 12/14/05 | T. Daniel | 0.80 | Telephone conference with J. Seedorf regarding Salkeld deposition and documents for same; telephone conference with damages expert regarding report; |
| 12/14/05 | A. Jarrell | 0.50 | Review file regarding benefits paid by Kinko's to D. Greene; forward email to A. Castillo regarding benefits; |
| 12/15/05 | T. Daniel | 0.30 | Telephone conference with C. Gann regarding draft expert report; |
| 12/15/05 | A. Jarrell | 0.40 | Emails to P. Julian with follow-up questions regarding benefits; emails to C. Gann regarding benefits information; |
| 12/16/05 | T. Daniel | 0.60 | Review Gann draft report; telephone conference with C. Gann regarding same; telephone conference with C. Gann regarding 401(k) issue; |
| 12/16/05 | A. Jarrell | 0.70 | Review and comment on expert report; review and send emails regarding 401(k) plan; review W-2's regarding information to calculate 401(k) contributions; |
| 12/19/05 | T. Daniel | 1.70 | Prepare for C. Salkeld deposition; review documents regarding same; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

54249-0001                          January 20, 2006                    Invoice  3209200

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| | | | telephone conference with C. Salkeld to prepare for deposition; telephone conference with J. Seedorf regarding Salkeld deposition; telephone conferences with Seedorf and Salkeld regarding cancellation of deposition; final review of vocational expert report; email to expert regarding additional requirement under Federal Rules; |
| 12/19/05 | A. Jarrell | 0.30 | Prepare expert report for disclosure; |
| 12/20/05 | A. Jarrell | 0.10 | Research regarding location of T. Collins; |
| 12/30/05 | T. Daniel | 0.70 | Review Greene's opposition to motion for summary judgment; |

Total For Services          $2,493.50

### Disbursements and Other Charges

Photocopying and printing expenses                                    16.50
Messenger charges                                                     16.50
Long distance telephone charges                                       18.51
Computer research                                                      1.00
Air express charge                                                    19.50
Professional services -
    Carl Gann and Associates, Inc., 12/2005                   2,838.93

Disbursement and Other Charges Total          $2,910.94

**Total This Invoice**          **$5,404.44**

### SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|-------------|--------------|-------|
| T. Daniel | 7.30 | 265.00 | 1,934.50 |
| A. Jarrell | 4.30 | 130.00 | 559.00 |
| Total | 11.60 | 214.96 | $2,493.50 |

TMD

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before FEBRUARY 19, 2006***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  3209200

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:  54249-0001

February 23, 2006

Invoice  3234236

FedEx Kinko's Office and Print Services, Inc.
Attn:  Ric Liskow, General Counsel
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX  75240

---

INVOICE

---

**FOR SERVICES THROUGH 01/31/06, IN CONNECTION WITH THE FOLLOWING:**

|  |  |
|---|---|
| Total Services | $7,216.00 |
| Disbursements and Other Charges | $2,262.16 |
| **TOTAL DUE THIS INVOICE** | **$9,478.16** |

## Dwight Greene

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 01/02/06 | J. Nist | 0.40 | Review opposition to motion for summary judgment; |
| 01/03/06 | T. Daniel | 1.70 | Telephone conference with R. Liskow regarding status; outline issues to address in reply to opposition to motion for summary judgment; |
| 01/04/06 | T. Daniel | 1.90 | Outline reply brief regarding motion for summary judgment; |
| 01/05/06 | T. Daniel | 1.00 | Conference with J. Nist regarding reply brief regarding summary judgment, points to address, research to conduct and basic approach; |
| 01/05/06 | J. Nist | 1.30 | Draft reply brief; |
| 01/06/06 | J. Nist | 3.20 | Draft reply brief; |
| 01/09/06 | J. Nist | 7.00 | Research regarding religious accommodation; draft reply brief; |
| 01/10/06 | J. Nist | 4.40 | Draft reply brief; review file; |
| 01/11/06 | J. Nist | 8.00 | Draft reply brief; |
| 01/12/06 | J. Nist | 9.40 | Conference with T. Daniel; revise reply brief; |
| 01/13/06 | T. Daniel | 1.10 | Review and revise draft reply to opposition to motion for summary judgment; email same to R. Liskow; |
| 01/14/06 | J. Nist | 0.20 | Review changes to reply brief; |
| 01/17/06 | T. Daniel | 0.20 | Finalize reply brief; |

| | |
|---|---|
| Total For Services | $7,216.00 |

## Disbursements and Other Charges

| | |
|---|---|
| Photocopying and printing expenses | 12.50 |
| Computer research | 1,094.47 |
| Transcript copy expense | 1,155.19 |
| Disbursement and Other Charges Total | $2,262.16 |
| **Total This Invoice** | **$9,478.16** |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

54249-0001                          February 23, 2006                     Invoice  3234236

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 5.90 | 275.00 | 1,622.50 |
| J. Nist | 33.90 | 165.00 | 5,593.50 |
| Total | 39.80 | 181.31 | $7,216.00 |

TMD

### _This invoice is for current charges only._
### _Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account._
### _Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MARCH 25, 2006_

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  3234236

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:  54249-0001

March 17, 2006

Invoice  3242925

FedEx Kinko's Office and Print Services, Inc.
Attn:  Ric Liskow, General Counsel
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX  75240

## INVOICE

**FOR SERVICES THROUGH 02/28/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $1,646.00 |
| Disbursements and Other Charges | $31.47 |
| **TOTAL DUE THIS INVOICE** | **$1,677.47** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 02/01/06 | T. Daniel | 0.20 | Telephone call to T. Colins regarding possible interview; |
| 02/01/06 | A. Jarrell | 0.40 | Review file regarding references made in depositions to D. Kang; |
| 02/06/06 | T. Daniel | 0.20 | Telephone conference with plaintiff's counsel regarding hearing date for argument on motion for summary judgment; |
| 02/08/06 | T. Daniel | 0.20 | Telephone conference with J. Seedorf regarding oral argument on motion for summary judgment; email to R. Liskow regarding mediation; |
| 02/09/06 | T. Daniel | 0.40 | Telephone conference with Greene's lawer regarding mediator; emails regarding same; review recent Eleventh Circuit case that is factually similar; |
| 02/15/06 | T. Daniel | 3.30 | Review T. Collins' file; prepare questions to address with T. Collins, former Dimond Branch manager; interview T. Collins; |
| 02/15/06 | A. Jarrell | 0.10 | Review file for T. Collins' performance evaluations; |
| 02/15/06 | J. Nist | 0.40 | Conference with T. Daniel regarding T. Collins; |
| 02/16/06 | T. Daniel | 0.80 | Long email to R. Liskow regarding interview with T. Collins; telephone conference with Greene's lawyer regarding mediation; |
| 02/17/06 | T. Daniel | 0.30 | Telephone conference with Greene's lawyer regarding mediators; long email to R. Liskow regarding same; |
| 02/21/06 | T. Daniel | 0.10 | Emails regarding mediation; |

| | |
|---|---|
| Total For Services | $1,646.00 |

## Disbursements and Other Charges

| | |
|---|---|
| Photocopying and printing expenses | 10.70 |
| Messenger charges | 6.94 |
| Long distance telephone charges | 12.15 |
| Computer research | 1.68 |
| Disbursement and Other Charges Total | $31.47 |
| **Total This Invoice** | **$1,677.47** |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

54249-0001                          March 17, 2006                    Invoice  3242925

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 5.50 | 275.00 | 1,512.50 |
| J. Nist | 0.40 | 165.00 | 66.00 |
| A. Jarrell | 0.50 | 135.00 | 67.50 |
| Total | 6.40 | 257.19 | $1,646.00 |

TMD

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before APRIL 16, 2006*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  3242925

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 54249-0001

April 19, 2006

Invoice 3264921

FedEx Kinko's Office and Print Services, Inc.
Attn: Ric Liskow, General Counsel
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX 75240

## REVISED INVOICE

---

**FOR SERVICES THROUGH 03/31/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $9,567.50 |
| Disbursements and Other Charges | $8.29 |
| **SUB-TOTAL DUE THIS INVOICE** | **$9,575.79** |
| Less Payment On Account | ($500.00)CR |
| **TOTAL DUE THIS INVOICE** | $9,075.79 |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 03/03/06 | J. Nist | 0.40 | Review recent 9th Circuit case impacting summary judgment motion; |
| 03/07/06 | T. Daniel | 1.10 | Review 9th Circuit decision in Cornwell v. Electric Central Credit Union and its effect on our summary judgment motion; review notice of deposition of J. Collins; emails to R. Liskow regarding same; |
| 03/16/06 | T. Daniel | 3.10 | Prepare summary and analysis of case for R. Liskow; |
| 03/17/06 | T. Daniel | 1.30 | Emails with opposing counsel and mediator regarding upcoming mediation; continue drafting summary and analysis of case; |
| 03/20/06 | T. Daniel | 1.90 | Continue preparing summary and analysis of case; |
| 03/21/06 | T. Daniel | 3.90 | Continue preparing detailed summary and analysis of case; |
| 03/21/06 | A. Jarrell | 0.90 | Review files for monthly MSM reports for July-December 2003; |
| 03/22/06 | T. Daniel | 2.40 | Continue summary and analysis of case for R. Liskow; |
| 03/23/06 | T. Daniel | 4.20 | Review and revise summary and analysis; telephone conference with vocational expert regarding work life expectancy issue; |
| 03/23/06 | J. Nist | 1.10 | Review letter regarding summary of case; conference with T. Daniel regarding same; |
| 03/24/06 | T. Daniel | 3.40 | Telephone conference with J. Seedorf regarding Collins deposition and mediation briefs; telephone conference with court reporter regarding Collins deposition; revise summary and analysis; |
| 03/27/06 | T. Daniel | 0.70 | Revise summary and analysis; email same to R. Liskow; |
| 03/27/06 | A. Jarrell | 0.30 | Telephone conference and emails with A. Castillo regarding end-of-the-year reports and statistics; |
| 03/28/06 | T. Daniel | 0.80 | Review President's Club ranking 2003 and criteria for same; conference with paralegal regarding chart showing same; begin mediation brief; |
| 03/28/06 | A. Jarrell | 0.90 | Review President's Club reports and information regarding criteria for making the President's Club; |
| 03/29/06 | T. Daniel | 3.40 | Review 2005 year end MSM scores to compare with Greene's; prepare mediation brief; |
| 03/29/06 | A. Jarrell | 3.50 | Draft chart regarding District 16's MSM scores and the effect of D. Greene's MSM scores on the district average; review emails from A. |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

54249-0001                                    April 19, 2006                          Invoice  3264921

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
|      |                    |       | Castillo regarding MSM criteria, President's Club criteria and Northern Lights store's 2005 performance; |
| 03/30/06 | T. Daniel | 2.60 | Revise mediation brief; |
| 03/30/06 | A. Jarrell | 0.60 | Finalize spreadsheet regarding the affect of D. Greene's MSM scores on the district's scores; |
| 03/31/06 | T. Daniel | 1.90 | Revise and finalize mediation brief; |
| 03/31/06 | A. Jarrell | 0.30 | Locate sales and performance reports for 1997-2000; |

Total For Services        $9,567.50

**Disbursements and Other Charges**

Photocopying and printing expenses                                7.70
Long distance telephone charges                                   0.59

Disbursement and Other Charges Total        $8.29

**SUB-TOTAL DUE THIS INVOICE**        **$9,575.79**

Less Payment On Account        **($500.00)CR**
**Total This Invoice**        **$9,075.79**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|-------------|--------------|-------|
| T. Daniel | 30.70 | 275.00 | 8,442.50 |
| J. Nist | 1.50 | 165.00 | 247.50 |
| A. Jarrell | 6.50 | 135.00 | 877.50 |
| Sub-total | 38.70 | 247.22 | $9,567.50 |
| Less Payment On Account |  |  | ($500.00)CR |
| Total Due This Invoice |  |  | $9,075.79 |

TMD

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MAY 19, 2006***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  54249, Invoice  3264921

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    54249-0001

May 17, 2006

Invoice  3281321

FedEx Kinko's Office and Print Services, Inc.
Attn:  Ric Liskow, General Counsel
13155 Noel Road, Suite 1600
Three Galleria Tower
Dallas, TX  75240

## INVOICE

**FOR SERVICES THROUGH 04/30/06, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $11,532.00 |
| Disbursements and Other Charges | $4,088.24 |
| **TOTAL DUE THIS INVOICE** | **$15,620.24** |

**Dwight Greene**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 04/03/06 | T. Daniel | 3.10 | Compile key documents to take to mediation; prepare analysis of District's 16 stores' MSM scores 2000-2004; meet with R. Liskow; |
| 04/03/06 | A. Jarrell | 1.00 | Review files for performance reviews for other store managers; |
| 04/04/06 | T. Daniel | 4.30 | Meet with R. Liskow; attend mediation of Greene case; |
| 04/04/06 | A. Jarrell | 0.40 | Locate documents related to T. Collins; |
| 04/05/06 | T. Daniel | 2.30 | Prepare for T. Collins' deposition; compile documents needed for exhibits; begin outline of issues; |
| 04/05/06 | A. Jarrell | 0.30 | Prepare exhibits for T. Collins' deposition; |
| 04/06/06 | T. Daniel | 7.50 | Travel to Santa Fe, New Mexico; prepare for T. Collins' deposition; |
| 04/06/06 | A. Jarrell | 0.10 | Telephone conference with C. Gann regarding his schedule; |
| 04/07/06 | T. Daniel | 7.50 | Take T. Collins' deposition; return travel from Santa Fe to Anchorage; |
| 04/10/06 | T. Daniel | 0.70 | Email to R. Liskow regarding Collins' deposition; telephone conference with Green's lawyer regarding settlement discussions; |
| 04/12/06 | T. Daniel | 0.60 | Telephone conferences with J. Seedorf regarding settlement position; telephone conference with R. Liskow regarding same; |
| 04/17/06 | T. Daniel | 0.90 | Prepare charts for oral argument; prepare for oral argument on motion for summary judgment; |
| 04/17/06 | A. Jarrell | 2.00 | Prepare charts for oral argument; |
| 04/18/06 | T. Daniel | 4.10 | Prepare for oral argument regarding motion for summary judgment (prepare outline regarding same); |
| 04/18/06 | A. Jarrell | 2.50 | Finalize charts for oral argument; |
| 04/19/06 | T. Daniel | 5.30 | Prepare oral argument on motion for summary judgment; revise outline; identify hard questions and possible answers; review J. Collins' deposition and work into argument; |
| 04/19/06 | A. Jarrell | 0.90 | Revise charts for oral argument; |
| 04/19/06 | J. Nist | 1.00 | Prepare for oral argument on motion for summary judgment; conference with T. Daniel regarding same; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

54249-0001                              May 17, 2006                    Invoice 3281321

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 04/20/06 | T. Daniel | 1.50 | Oral argument on motion for summary judgment; email to R. Liskow regarding same; |

|  |  | Total For Services | $11,532.00 |
|--|--|--------------------|------------|

**Disbursements and Other Charges**

| | |
|--|--|
| Photocopying and printing expenses | 52.90 |
| Long distance telephone charges | 1.57 |
| Court reporter fee - | |
| Depo of T. collins, 4/7 | 712.81 |
| Arbitrator's/mediators fees/expenses - | |
| Brian Shortell, 4/4 | 2,000.00 |
| Travel expense - | |
| T. Daniel, Santa Fe, 4/6-8 | 390.63 |
| Airfare - | |
| T. Daniel, Albuqueque, 2006-04-06; Ticket#1365119500 | 587.12 |
| Travel expense meals - | |
| T. Daniel, Santa Fe, 4/6-8 | 62.71 |
| Conference meals - | |
| T. Daniel, R. Liskow, 4/4 | 53.00 |
| Other - | |
| Appearance Fee | 227.50 |

|  | Disbursement and Other Charges Total | $4,088.24 |
|--|--------------------------------------|-----------|
|  | **Total This Invoice** | **$15,620.24** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| T. Daniel | 37.80 | 275.00 | 10,395.00 |
| J. Nist | 1.00 | 165.00 | 165.00 |
| A. Jarrell | 7.20 | 135.00 | 972.00 |
| Total | 46.00 | 250.70 | $11,532.00 |

TMD

### *This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JUNE 16, 2006*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 54249, Invoice 3281321