# LIST OF EXHIBITS

# PLAINTIFF'S MOTION FOR RELIEF

A. Chart, "District 16 MSM Scores 2000-2003"
B. Deposition of Tracy Gimbel, pages 31-32, 134-136


District 16 MSM Scores 2000-2003

9F04459
Tracy Gimbel - June 9, 2005

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DWIGHT GREENE,                         )
                                       )
              Plaintiffs,              )
                                       )   Case No. A04-0160 CV
     vs.                               )   (RRB)
                                       )
FEDEX KINKO'S OFFICE AND PRINT         )
SERVICES, INC.                         )
                                       )
              Defendant.               )
_____

DEPOSITION OF
TRACY GIMBEL
SEATTLE, WASHINGTON
JUNE 8, 2005

ATKINSON-BAKER, INC.
COURT REPORTERS
(800)288-3376
www.depo.com
REPORTED BY:  KIM SEACORD
JOB NO. 9F04459 Tracy Gimbel

Page 31

1    Q.   Did you have any conversations with her regarding
2  Mr. Greene prior to that letter?
3    A.   I mean, I don't recall by what date did I have a
4  conversation with her prior to the complaint letter?
5    Q.   Okay.  Well, does the compliant letter, in your
6  mind, provide any kind of demarkation between issues
7  associated with Mr. Greene?  Were there prior issues before
8  this letter came down?
9    A.   There were performance issues documented by Ron
10 Kuhn who was the previous district manager, that I was aware
11 of.
12   Q.   And had you had contacts by Mr. Greene of concerns
13 he had regarding Mr. Kuhn?
14   A.   Yes.
15   Q.   Okay.  Had any of these risen to the level where
16 you had conversations with Heather Clark regarding either
17 performance or complaints related to Mr. Greene?
18   A.   Well, like I said, I don't know the dates that I
19 first brought her into any performance issues related, you
20 know, to Mr. Greene.  I mean, if there was a performance
21 issue written up by the district manager, I would certainly
22 be aware of it, and it's a typical course that I would let
23 the regional vice president at least be aware of a write-up
24 or a performance situation with one of her managers.
25   Q.   Do you provide periodic reports to the regional

1    vice president regarding things that occur in her area?
2        A.   We would typically do, you know, follow-ups.
3    Weekly meetings where we would potentially would discuss
4    things that are going on within the region, and staffing and
5    disciplinary actions would be a part of that conversation.
6        Q.   And I understand you're testimony, you don't recall
7    at this point in time, anything relating to Mr. Greene that
8    was discussed with Heather Clark predating the events
9    generated by that letter?
10       A.   Well, I just don't recall based on a specific date.
11   It's possible.
12       Q.   Well, setting dates aside, prior to this letter,
13   what issues do you recall associated with Mr. Greene?
14       A.   I recall that there had already been, I believe, a
15   performance counseling statement given to Mr. Greene.  And
16   that Ron Kuhn was doing some follow-up on the performance
17   counseling.  And then I believe we had gone to the special
18   evaluation status, I believe.  And then prior to the
19   completion of that special evaluations status, Mr. Greene
20   wrote the letter.
21       Q.   Let's go to the counseling letter that you started
22   with.  That was something that was brought -- was that
23   something reviewed by you?
24       A.   Yes.
25       Q.   And it was issued by Mr. Kuhn?

1   Q.   So you did review some documents?
2   A.   Yes.
3   Q.   Okay.  And did you identify those documents or were
4   they selected for you?
5   A.   No, I identified them.
6   Q.   Okay.  And so I gather you have some files relating
7   to these particular events?
8   A.   Do I have any files now?  No.
9   Q.   What did you look at that you identified, that you
10  wanted to read?
11  A.   What counsel brought with him.
12  Q.   So counsel identified documents for you?
13  A.   Yes.
14  Q.   Why don't we take a final break.  I'll check my
15  notes one last time.  I think we're about done.
16                  (Off the record.)
17               EXAMINATION (Continuing)
18  BY MR. SEEDORF:
19  Q.   Let me beat this one more time and then we'll
20  conclude it.  There was a decision to terminate Dwight that
21  was made by Kinko's at some point in time?
22  A.   Yes.
23  Q.   As best you can tell, based on the documents that
24  you've looked at and your recollection, when was the decision
25  to terminate Dwight made?

Page 135

1    A.    I believe it was December.

2    Q.    Okay. And did it remain in effect, then, until
3  that termination that eventually occurred in January?

4    A.    Well, we delayed it even in January because of the
5  potential FedEx buyout, and we wanted Mr. Greene to be
6  eligible to receive his payout, but we still went ahead with
7  the termination.

8    Q.    And that's why in Exhibit 39, it was dated March 1,
9  2004 instead of January when the meeting occurred?

10   A.    That's correct, because we still wanted to show him
11 as being active in the system so he was eligible for his
12 payout. But I later actually did a termination letter back
13 to Mr. Greene saying the date was actually like February
14 13th, or something like that cause that was the actual date.

15   Q.    Because the acquisition dates occurred --

16   A.    Occurred earlier.

17   Q.    Who made the decision to terminate Mr. Greene in
18 the final analysis?

19   A.    Heather Clark.

20   Q.    And to your knowledge, prior to the December
21 memoranda that we looked at, was there ever a decision to
22 terminate Dwight?

23   A.    Prior to December?

24   Q.    Prior to the December memos that we looked at
25 earlier, and we can pull them out again if you want, but I'm

Page 136

1  happy just referencing them.  They were in the second week of
2  December, I think.
3       A.    So, prior to December?
4       Q.    Prior to December -- I think my recollection is
5  December 9, but whatever the date of that memo was, was there
6  a decision to terminate Dwight?
7       A.    Not to my knowledge because we were still in the
8  SES stage, you know, the disciplinary actions still had yet
9  to transpire to the end date.
10      Q.    That's all the questions I have.  Thank you much.
11
12                         EXAMINATION
13  BY MR. DANIEL:
14      Q.    I have just a couple questions.  I show you -- if
15  you look at Exhibit 34, this is an e-mail from Dwight Greene
16  to Heather Clark, a response from Heather Clark.  And then
17  there's an e-mail from you to Laura Larson saying, "Please
18  include in the data for your info on Dwight."  And when you
19  say "the data" regarding your info on Dwight, this was a file
20  that you had in your office concerning Dwight Greene?
21      A.    Yes.
22      Q.    And it was a file separate from his personnel file?
23      A.    No, it was his personnel file plus all of the other
24  performance documents that we had along the way.
25      Q.    Okay.  And what was the reason that you included