James M. Seedorf
Hughes Bauman Pfiffner
 Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 263-8225

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>             Plaintiff,<br><br>vs.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.<br><br>             Defendant. | <br><br><br><br><br><br><br><br><br><br>Case No. A04-0160 CV (RRB) |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S COST BILL

COMES NOW plaintiff Dwight Greene, by and through counsel of record, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and makes his objections to defendant's Bill of Costs:

### First Objection

Local Rule 54.1(a) provides that a cost bill must be served "together with … [B] a notice of the time of the cost bill hearing . . . " not later than ten days after the entry of judgment. No notice of cost bill hearing was provided concurrently with the cost bill, nor

Plaintiff's Objections to Cost Bill – Page 1 of 3
*Greene v. Fed-Ex Kinko's*, Case No. 04-0160 CV (RRB)
247452(8690-1)

has one since been provided within the allotted period of time. Accordingly the requested costs should be denied.

**Second Objection**

Local Rule 54.1(b)(1) provides that a cost bill "must include" not only "photocopies of invoices," but also "proofs of payment" along with such other documentation as may be appropriate. No such backup documentation has been provided, thereby rendering the cost bill out of compliance with the requirements of the rules. Accordingly, the requested costs should be denied.

**Third Objection**

Alternatively, plaintiff objects to defendant's request to recover costs associated with both the transcription of the Ron Kuhn deposition and with its videotaping. That requests seeks to assess plaintiff for the cost of that deposition twice. Moreover, the videotape of the deposition has not been used in the proceeding thereby failing the requirement of Local Rule 54.1(e)(3) that allows for taxation of court reporter's charges only where a deposition is "used." The charge of $911.00 for the videotape of the deposition should be denied.

Plaintiff's Objections to Cost Bill – Page 2 of 3
*Greene v. Fed-Ex Kinko's.*, Case No. 04-0160 CV (RRB)
247452(8690-1)

DATED at Anchorage, Alaska, this 13th day of June, 2005.

        HUGHES BAUMAN PIFFNER
        GORSKI& SEEDORF LLC
        Attorneys for Plaintiff

By:   s/_____
      James M. Seedorf
      ABA No. 7710164
      3900 C Street, Suite 1001
      Anchorage, Alaska 99503
      907-263-8225/907-263-8320 (fax)
      jms@hbplaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Thomas Daniel this 13th day of June, 2006.

s/_____
James M. Seedorf

Plaintiff's Objections to Cost Bill – Page 3 of 3
*Greene v. Fed-Ex Kinko's.*, Case No. 04-0160 CV (RRB)
247452(8690-1)