Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDEX KINKO'S OFFICE AND PRINT<br>SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 3:04 –cv- 0160 (RRB) |

## NOTICE OF COST BILL HEARING

On Thursday, June 22, 2006, at 9 a.m., a hearing for the taxing of costs in this action will be held by the Clerk at 222 W. Seventh Avenue, Room 229, Anchorage, Alaska.  At that time, any party may present objections to the cost bill, either orally or in writing, in accordance with D. AK LR 54.1.

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DATED at Anchorage, Alaska, this 15th day of June, 2006.

**PERKINS COIE LLP**
Attorneys for Defendants


By s/Thomas M. Daniel
    Thomas M. Daniel
    Alaska Bar No. 8601003
    1029 West Third Ave., Suite 300
    Anchorage, Alaska  99501
    907/279-8561/907-276-3108 (fax)
    tdaniel@perkinscoie.com

I hereby certify that a true and correct
copy of the foregoing is being served
electronically on James Seedorf this 15th
day of June, 2006.
s/Thomas M. Daniel
Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108