Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DWIGHT GREENE,

      Plaintiff,

vs.      Case No. A04-0160 CV (RRB)

FEDEX KINKO'S OFFICE
AND PRINT SERVICES, INC.,

      Defendant.

VIDEOTAPED DEPOSITION OF THEODORE R. COLLINS
April 7, 2006
9:01 a.m.
Bean & Associates, Inc.
119 East Marcy Street, Suite 110
Santa Fe, New Mexico 87501

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE, this deposition was:

TAKEN BY:  MR. JAMES M. SEEDORF
          Attorney for the Plaintiff

REPORTED BY:  Jan A. Williams, RPR, CCR 14
             Bean & Associates, Inc.
             Professional Court Reporting Service
             500 Marquette, Northwest, Suite 280
             Albuquerque, New Mexico 87102

(571A)  JAW

BEAN & ASSOCIATES, INC.
info@litsupport.com    500 Marquette Ave. NW, Suite 280, Albuquerque NM 87102    505-843-9494
52cb13e8-c70e-4ca7-9b9c-fcf936a2f162


Page 42

1  Q. Approximately how many times?
2  A. Twice.
3  Q. And when approximately was that?
4  A. One was Clancy Derrick. And the second time
5  was when Nick and Clancy were terminated from loss
6  prevention and I hired Jeff Kaitchuck and Newly
7  McCoin.
8  Q. So they were both terminated at the time?
9  A. Yes.
10 Q. Okay.
11    MR. DANIEL: Who was the second one you
12 hired?
13    THE WITNESS: Newly, N-e-w-l-y, McCoin,
14 M-c-C-o-i-n.
15 BY MR. SEEDORF:
16 Q. And in that process how did you identify
17 Newly as a prospective employee?
18 A. For assistant manager?
19 Q. Uh-huh.
20 A. His ability to empathize with the team
21 members and his knowledge of the technology in the
22 store.
23 Q. Okay. So did you identify him or did you
24 post this job, did you advertise it?
25 A. I posted the job.

Page 43

1  Q. You posted it internally?
2  A. Yes. I posted it internally and I think I
3  faxed over something to Northern Lights as well.
4  Q. Okay. Did you advertise outside of the
5  existing coemployees?
6  A. I -- I did. And -- well, I think Lois
7  Ward -- I don't remember if I did. But the people
8  that applied are the ones I interviewed and decided
9  on. And I remember talking to Ron, telling him who I
10 was interested in. And he really didn't have much to
11 say.
12 Q. So did you decide -- did you get job
13 applications or expressions of interest back from
14 people?
15 A. Yes.
16 Q. In response to your postings?
17 A. Yes.
18 Q. And who decided who to interview?
19 A. I did.
20 Q. Okay. And who did the interviews?
21 A. I did.
22 Q. And who evaluated the results of the
23 interviews?
24 A. I did.
25 Q. Okay. And who selected the most appropriate

Page 44

1  candidate?
2  A. I did.
3  Q. And you said you then checked with Ron to --
4  A. Just -- he just wanted me to keep him in
5  touch on what my thoughts were. And I told him. And
6  I think he might have expressed concerns over Jeff
7  Kaitchuck because Jeff had had problems getting along
8  with Dwight and Ron had heard about it. But that was
9  about all.
10 Q. And at that point you decided to go ahead and
11 hire the employees?
12 A. Yes.
13 Q. And you implemented the process and did the
14 hiring?
15 A. Yes.
16 Q. Do you know of any differences between what
17 you did there and what the hiring process was at
18 Northern Lights?
19 A. No. Dwight told me he was having trouble
20 getting approval to hire an assistant manager.
21 Q. Did you feel you had to have approval to hire
22 an assistant manager?
23 A. No, not really. I just had to talk to Ron.
24 Q. We've had an issue in this lawsuit that
25 relates to a branch manager meeting. I gather those

Page 45

1  are meetings that you would have attended?
2  A. Yes.
3  Q. And they were held at the Northern Lights
4  branch?
5  A. Yes.
6  Q. And the attendees were all of the branch
7  managers from Alaska?
8  A. Yes.
9  Q. That would be you and Dwight and Lisa Sagers?
10 A. Yes.
11 Q. And Ron Kuhn would also attend?
12 A. Yes. Scott Yaskell from time to time as
13 well.
14 Q. Okay. Do you recall a branch manager meeting
15 where there was an incident or discussion relating to
16 a store being run like a monkey?
17 A. Yes.
18 Q. What do you recall about that subject?
19 A. I recall Dwight coming in to the meeting
20 after he dealt with a customer that just told him this
21 store runs like it's -- like it's managed by a monkey
22 or something along those lines. And that is about all
23 I can remember.
24    Dwight has told me that Ron made a joke about
25 a monkey, like he imitated a monkey up at the front,

BEAN & ASSOCIATES, INC.
info@litsupport.com    500 Marquette Ave. NW, Suite 280, Albuquerque NM 87102    505-843-9494
52cb13e8-c70e-4ca7-9b9c-fcf936a2f162

Page 46

1  the animal, the monkey. And I vaguely recall that.
2  And I don't recall thinking anything racist by the
3  joke he made other than he just was imitating a
4  monkey. And that is all I recall about that incident.
5     Q.  But you do vaguely recall that it happened?
6     A.  Yes.
7     Q.  And in your mind that didn't have a racial
8  connotation?
9     A.  No.
10    Q.  Do you recall what Dwight's reaction was to
11 that event?
12    A.  I do not, no.
13    Q.  Other than -- when did you hear this comment
14 from Ron -- from Dwight, you said Dwight discussed it
15 with you?
16    A.  It was when he was filing a complaint. He
17 asked me if I recalled that incident. And I said
18 vaguely. And he told me that he thought Ron was being
19 racist and that he is filing a complaint about it and
20 that it was all part of this scheme of Ron showing
21 that Ron disliked Dwight and that Ron was trying to
22 fire Dwight.
23    Q.  And what did you say to Dwight?
24    A.  I think I expressed general shock that this
25 was happening.

Page 47

1     Q.  That what was happening?
2     A.  That Dwight was filing this big complaint and
3  that that monkey thing was construed as a racist
4  comment and that -- you know, I know Ron had a problem
5  with Dwight's management ability, but I didn't know he
6  had a problem with Dwight race. And Ron never told me
7  anything like that.
8     Q.  Ron never said anything about race?
9     A.  No.
10    Q.  Other than the conversation you had with
11 Dwight on that subject, have you ever discussed that
12 subject with Ron?
13    A.  No.
14    Q.  Did you ever discuss it with Lisa?
15    A.  No.
16    Q.  Anyone else?
17    A.  No.
18    Q.  Do you think Dwight was treated differently
19 by Ron than you and Lisa were?
20    A.  No.
21    Q.  You can't think of any ways in which the
22 treatment was different?
23    A.  Well, hindsight is 20/20. But, as far as
24 Lisa goes, I remember she complained about Ron treated
25 her, talked to her, treated her disrespectfully,

Page 48

1  similar to the way Dwight was treated. Ron has done
2  and said things to me that I found disrespectful.
3  But, looking in the past, it just seems to be his
4  personality, his -- he just comes across that way.
5     Q.  Did you ever experience a situation where you
6  and Ron and Dwight were all together and Ron would
7  talk about Dwight as though -- in the third person as
8  though he weren't present?
9     A.  I don't recall that.
10    Q.  Did you ever recall any -- well, did Ron
11 drink?
12    A.  Yes.
13    Q.  Did Ron drink to the point of intoxication?
14    A.  Yes.
15    Q.  Did you find him vindictive?
16    A.  I'm trying to think of an example. But no,
17 not towards me.
18    Q.  Did you observe that he was vindictive to
19 anyone else?
20    A.  No.
21    Q.  Did you ever hear the term my way or the
22 highway?
23    A.  Yes.
24    Q.  Who used it?
25    A.  Probably Ron, but I don't recall him saying

Page 49

1  it.
2     Q.  That's not where you heard it?
3     A.  It seems like a common thing that poor
4  managers tend to say.
5     Q.  Had to play Ron ball or no ball, have you
6  ever heard that one?
7     A.  Oh, yeah.
8     Q.  And did Ron use that phrase?
9     A.  Yes.
10    Q.  How did Ron respond to disagreement or
11 dissent?
12    A.  Well, with me he would always entertain what
13 I was saying but never agree to it. And I don't
14 remember him being disrespectful to my disagreements
15 with him. But I don't recall -- he never went along
16 with what I said or I never got the impression that he
17 was actually going to submit to the idea or the
18 disagreement.
19    Q.  Basically inflexible?
20    A.  Yeah.
21    Q.  You said you were pretty much a yes man I
22 think is the term that you used?
23    A.  Yes.
24    Q.  Did you ever cross Ron, feel that you had
25 done something that he would view as being crossed?

13 (Pages 46 to 49)

131

```
 1        IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF ALASKA
 2
     DWIGHT GREENE,
 3
                 Plaintiff,
 4
           vs.        Case No. A04-0160 CV (RRB)
 5
     FEDEX KINKO'S OFFICE
 6   AND PRINT SERVICES, INC.,

 7               Defendant.

 8
             CERTIFICATE OF COMPLETION OF DEPOSITION
 9        I, JAN A. WILLIAMS, New Mexico CCR #14, DO
     HEREBY CERTIFY that on April 7, 2006, the deposition
10   of THEODORE R. COLLINS was taken before me at the
     request of, and sealed original retained by:
11
             For the Defendant:
12           PERKINS COIE, LLP
             1029 West Third Avenue, Suite 300
13           Anchorage, Alaska  99501
             MR. THOMAS M. DANIEL
14
             I FURTHER CERTIFY that copies of this
15   certificate have been mailed or delivered on 4/19/06
     with changes, if any, by the witness appended, to the
16   following counsel of record and parties not
     represented by Counsel:
17
             For the Plaintiff:
18           HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF,
             LLC
19           3900 C Street, Suite 1001
             Anchorage, Alaska  99503
20           MR. JAMES M. SEEDORF

21           I FURTHER CERTIFY that examination of this
     transcript and signature of the witness was waived by
22   the witness and all parties present.

23           I FURTHER CERTIFY that the recoverable cost
     of the original and one copy of the deposition,
24   including exhibits, to MR. THOMAS M. DANIEL is
     $ 712.81          .
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

Bean & Associates, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

132

1    I FURTHER CERTIFY that I did administer the oath to the witness herein prior to the taking of this
2    deposition; that I did thereafter report in stenographic shorthand the questions and answers set
3    forth herein, and the foregoing is a true and correct transcript of the proceeding had upon the taking of
4    this deposition to the best of my ability.

5    I FURTHER CERTIFY that I am neither employed by nor related to nor contracted with (unless excepted
6    by the rules) any of the parties or attorneys in this case, and that I have no interest whatsoever in the
7    final disposition of this case in any court.

8
9
10
11
12
13
14
15
16   _____
     JAN A. WILLIAMS
17   Certified Court Reporter #14
     License Expires:  12/31/06
18
19
20
21
22
23
24   (571A)   JAW
     Date taken:  April 7, 2006
25   Proofread by:  JB



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
500 Marquette NW, Suite 280
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com