Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for FedEx Kinko's Office and Print Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>        Plaintiff,<br><br>v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.,<br><br>        Defendant. | Case No. A04-0160 CV (RRB) |

### ERRATA TO DEFENDANT'S COST BILL

Defendants erroneously failed to attach photocopies of invoices and proofs of payment to Defendant's cost bill. Photocopies of invoices and Defendant counsel's approval of payment of same are attached hereto.

DATED: June 20, 2006.

                              **PERKINS COIE LLP**
Attorneys for FedEx Kinko's Office and
Print Services, Inc.


By s/Thomas M. Daniel
    Thomas M. Daniel
    Alaska Bar No. 8601003
    1029 West Third Ave., Suite 300
    Anchorage, Alaska 99501
    907/279-8561/907-276-3108 (fax)
    tdaniel@perkinscoie.com

I hereby certify that a true and correct copy of the foregoing is being served electronically on James Seedorf this 20th day of June, 2006.
s/Thomas M. Daniel
Thomas M. Daniel