# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727

Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

*AP102856*

| BILL TO | | DATE | DUE DATE | INVOICE # |
|---|---|---|---|---|
| Perkins Coie<br>Attn: Thomas M. Daniel<br>1029 W. 3rd Avenue, Suite 300<br>Anchorage, AK 99501 | | 3/1/2005 | 3/1/2005 | 38633 |

| CASE: | Greene vs FedEx Kinko's | DEPONENT: | Dwight Greene, Vol. I | TERMS: | Net Receipt |
|---|---|---|---|---|---|

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Regular Attendance | 7 | 2/9/2005 | SW | 315.00 |
| Original Transcript & 1 copy | 206 | 2/9/2005 | SW | 803.40 |
| Exhibits | 77 | 2/23/2005 | BJS | 34.65 |
| Witness Signature Handling Fees & Filing | | 2/23/2005 | BJS | 20.00 |
| Original Transcript To Be Delivered Following Waiting Period For Obtaining Witness Signature. | | | BJS | 6.50 |
| Delivery: Courier Service Fees Reference #360234 (Transcript Original & Copy) | 1 | 2/23/2005 | BJS | 6.50 |
| | | | TOTAL | $1,186.05 |

APPROVED
DATE: 3/9/05
CHARGE: 54249-009
CLIENT: FedEx Kinkos

MIDNIGHT 3/15
02-7003
Dept. of Dr. Gakeene, Vol. 1, 2/9

*"DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
**"FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6722
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

RECEIVED
MAR 11 2005
PERKINS COIE
ANCHORAGE

**BILL TO**
Perkins Coie
Attn: Thomas M. Daniel
1029 W. 3rd Avenue, Suite 300
Anchorage, AK 99501

*AP102854*

| DATE | DUE DATE | INVOICE # |
|---|---|---|
| 3/8/2005 | 3/8/2005 | 38648 |

**TERMS:** Net Receipt

**CASE:** Greene vs FedEx Kinko's   **DEPONENT:** Dwight Greene, Vol. II

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Regular Attendance | 2 | 2/14/2005 | SW | 90.00 |
| Original Transcript & 1 copy | 78 | 2/14/2005 | SW | 304.20 |
| Witness Signature Handling Fees & Filing Original Transcript. | | | BJS | 20.00 |
| Original Transcript To Be Delivered Following Waiting Period For Obtaining Witness Signature. | | | BJS | 6.50 |
| Delivery: Courier Service Fees Reference #360237 (Transcript Original & Copy) | 1 | 3/2/2005 | BJS | 6.50 |

TOTAL  $427.20

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.
* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

APPROVED: [signature]
DATE: 3/10/05
CHARGE: 54249-0001
CLIENT: FedEx Kinkos

MIDNI3000  3/15
02-3003  Depos of Dr. Greene [signatures]

**CERTIFIED LEGAL VIDEO SERvICES**
A Division of Media Solutions, Inc.
1000 Bishop Street, Suite 904
Honolulu, HI 96813
Tel: (808) 550-CLVS   Fax: (808) 550-8860

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 07/25/05 | 5637 |

**BILL TO**

Attn: Tom Daniel
Perkins Coie
E-mail: TDaniel@perkinscoie.com

| PO/REF No. | TERMS | DUE DATE | CASE NO. | CASE NAME |
|---|---|---|---|---|
| | Due on receipt | 07/25/05 | | Depo of Ronald Kuhn |

| DESCRIPTION | QTY/HR/DAY | RATE | AMOUNT |
|---|---|---|---|
| Deposit for Deposition of: Ronald Kuhn (Aug. 19, 2005) Location: 1001 Bishop St., 18th Flr., ASB Twr., Honolulu, HI | 1 | 250.00 | 250.00 |

```
        CERTIFIED LEGAL VIDEO
          1000 BISHOP ST 410
          HONOLULU, HI 96813
             (808) 550-2587
           Phone Order
TID: 308756
07/26/05                    08:11:38
Batch #: 76

MASTERCARD
XXXXXXXXXXXX3100M
CVV2 Code:
Appr Code: 004402   Inv#: 000001
Amount:             $ 250.00
Tax:                $   0.00
                   =================
Total:              $ 250.00
          APPROVED 004402
           Customer Copy
            THANK YOU!
```

Mahalo for your Business! Please make payment to Certified Legal Video Services
FEIN#99-0353545

**Total**  $250.00

**CERTIFIED LEGAL VIDEO SERVICES**
A Division of Media Solutions, Inc.
1000 Bishop Street, Suite 904
Honolulu, HI 96813
Tel: (808) 550-CLVS   Fax: (808) 550-8860

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 08/23/05 | 5637 |

**BILL TO**

Attn: Thomas Daniel, Esq.
Perkins Coie
1029 West Third Ave., Ste. 300
Anchorage, AK 99501-8561
(907) 279-8561

FedX 11:38
RECEIVED
AUG 3 0 2005
PERKINS COIE
ANCHORAGE

| PO/REF No. | TERMS | DUE DATE | CASE NO. | CASE NAME |
|---|---|---|---|---|
|  | C.O.D. | 08/23/05 | A04-0160 | Greene v. FedEx Kinko's |

| DESCRIPTION | QTY/HR/DAY | RATE | AMOUNT |
|---|---|---|---|
| Video Deposition of: Ronald Kuhn (Aug. 19, 2005) | 9.75 | 100.00 | 975.00 |
| Original VHS Tape (sent to Perkins Coie) | 4 | 20.00 | 80.00 |
| Attorney's DVD Copy (sent to Perkins Coie) | 4 | 20.00 | 80.00 |
| Less $250 Pre-Paid Deposit |  | -250.00 | -250.00 |
| SUBTOTAL |  |  | 885.00 |
| Federal Express (8 items) | 1 | 26.00 | 26.00 |

```
CERTIFIED LEGAL VIDEO
1000 BISHOP ST. 410
HONOLULU, HI 96813
(888) 550-2587
Phone Order
TID: 308756                      14:46:47
08/23/05
Batch #: 78
MASTERCARD
XXXXXXXXXXXX3100M
CVV2 Code:
Appr Code: 003346   Inv#: 000001
Amount:                    $ 911.00
Tax:                       $   0.00
                           =========
Total:                     $ 911.00

APPROVED 003346
Customer Copy
THANK YOU!
```

Mahalo for your Business! Please make payment to Certified Legal Video Services
FEIN#99-0353545

**Total**   $911.00

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

**BILL TO**

Perkins Coie
Attn: Thomas M. Daniel
1029 W. 3rd Avenue, Suite 300
Anchorage, AK 99501

**DATE:** 8/9/2005
**DUE DATE:** 8/9/2005
**INVOICE #:** 39068

**TERMS:** Net Receipt

**CASE:** Greene vs FedEx Kinko's
**DEPONENT:** Laurie Greene

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Regular Attendance | 4.25 | 7/25/2005 | SW | 191.25 |
| Original Transcript & 1 copy | 151 | 7/25/2005 | SW | 588.90 |
| Exhibits | 50 | 8/5/2005 | BJS | 22.50 |
| Witness Signature Handling Fees & Filing Original Transcript | | | BJS | 20.00 |
| Original Transcript To Be Delivered Following Waiting Period For Obtaining Witness Signature. | | | BJS | 6.50 |
| Delivery: Courier Service Fees Reference #360598 (Transcript Original & Copy) | 1 | 8/5/2005 | BJS | 6.50 |

OK to PAY
54249-0001 fedEx Kinko's

X [signature]

**TOTAL** $835.65

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

---

REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT TO:

Midnight Sun Court Reporters
511 West 9th Avenue, Suite 1
Anchorage, Alaska 99501
(907) 258-7100
Tax ID #81-0620452

**REFERENCE:** PERKINS/Daniel/Greene;#39068


UPS 4:01

RECEIVED

SEP 1 4 2005

PERKINS COIE
ANCHORAGE

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

9/12/2005

BILLED
TO:   THOMAS DANIEL, ESQ.
      PERKINS COIE LLP
      1029 WEST THIRD AVENUE
      SUITE 300
      ANCHORAGE, AK  99501

INVOICE NO: 56511

RE: GREENE VS FEDEX KINKO'S, INC.
    CASE NO. A04-0160 (RRB)

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF RONALD KUHN TAKEN ON 08/19/05 IN HONOLULU HI | |
| ORIGINAL & ONE COPY | 1488.80 |
| 2A 312ST1 250EH 1S 1SF 20P 42AF 1CT1 <br> ELSIE TERADA   Tax | 62.02 |
|   TOTAL DUE | $1550.82 |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
(Please return this portion with your payment for proper credit.)

BILLED
TO:   THOMAS DANIEL, ESQ.
      PERKINS COIE LLP
      1029 WEST THIRD AVENUE
      SUITE 300
      ANCHORAGE, AK  99501

INVOICE DATE: 9/12/2005
INVOICE NO:   56511
TOTAL DUE:    $1,550.82
DATE TAKEN:   08/19/05
RE:           CASE NO. A04-0160 (RRB)
WITNESS(ES):  RONALD KUHN

Approved.
Tom Daniel 10/2/05
Client: FedEx Kinkos
54249-0001

2A 312ST1 250EH 1S 1SF 20P 42AF 1CT1
ELSIE TERADA    RALPH ROSENBERG COURT REPORTERS, INC.
     1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

RECEIVED

OCT 1 2 2005

PERKINS COIE
ANCHORAGE

| BILL TO | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| Perkins Coie<br>Attn: Thomas M. Daniel<br>1029 W. 3rd Avenue, Suite 300<br>Anchorage, AK 99501 | 10/11/2005 | 10/11/2005 | 39250 |

TERMS: Net Receipt

CASE: Greene vs FedEx Kinko's     DEPONENT: Dwight Greene, Vol. III

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Regular Attendance | 2 | 9/22/2005 | SW | 90.00 |
| Original Transcript & 1 copy | 47 | 9/22/2005 | SW | 183.30 |
| Witness Signature Handling Fees & Filing Original Transcript | | | BJS | 20.00 |
| Original Transcript To Be Delivered Following Waiting Period For Obtaining Witness Signature. | | | BJS | 6.50 |
| Delivery: Courier Service Fees Reference #369958 (Transcript Original & Copy) | 1 | 10/5/2005 | BJS | 6.50 |

DATE: 10/12/05
CHARGE: Fed Ex
CLIENT: 54249-0001
APPROVED: [signature]

TOTAL     $306.30

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

\* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
\*\* "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

---

REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT TO:

Midnight Sun Court Reporters
511 West 9th Avenue, Suite 1
Anchorage, Alaska 99501      REFERENCE:      PERKINS/Daniel/Greene;#39250
(907) 258-7100
Tax ID #81-0620452

**BEAN & ASSOCIATES**                                                    Invoice

Professional Court Reporting Service
500 Marquette NW, Ste 280
Albuquerque, NM 87102

| Invoice Date | Invoice # |
|---|---|
| Wednesday, April 19, 2006 | 10248 |

Phone: (505) 843-9494    Fax: (505) 843-9492

RECEIVED
APR 2 4 2006
PERKINS COIE
ANCHORAGE

Thomas M. Daniel
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501


*AP198227*

Phone: (907) 279-8561    Fax: (907) 276-3108

| Witness: | Collins, Ted |
| Case: | Dwight Greene v. Fedex Kinko's Office and Print Services, Inc. |
| Venue: | |
| Case #: | A04-0160 CV (RRB) |
| Date: | 4/7/2006 |
| Start Time: | 9:00 AM |
| End Time: | :0 |
| Reporter: | Jan Williams |
| Claim #: | |
| File #: | 571A |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| OR | Original & One Copy (Etran) | $4.46 | 156 | $695.76 |
| EX | Exhibit | $0.35 | 5 | $1.75 |
| PO | Postage | $15.30 | 1 | $15.30 |
| | | Sub Total | | $712.81 |
| | | Payments | | $0.00 |
| | | Balance Due | | $712.81 |

*[Handwritten: 5/2 BEANA7760 54 249-0001 02-3003 Depo of T. Collins 4/7  Approved Jim Daniel 5/24/06]*

Fed. I.D. # #85-0405993

*1.50% /month on unpaid balance 18%. We accept credit cards/terms net 30 days.*