Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for FedEx Kinko's Office and Print Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.,<br><br>    Defendant. | Case No. 3:04-cv-0160-rrb |

**MOTION TO DIRECT CLERK TO TAX COSTS**

This court granted final judgment on May 23, 2006, in favor of Defendant. Defendant filed a timely cost bill on the Bill of Costs Form AO 133, provided by the clerk's office. When Defendant filed its cost bill, however, it failed to attach invoices to it or a notice of cost bill hearing as required by Local Rule 54.1. Plaintiff objected, in writing, to the clerk's taxation of any costs on this basis. After receiving these objections, Defendant promptly scheduled a cost bill hearing and provided Plaintiff and the Court with the required invoices. (See Exhibit A attached hereto.) Counsel for Plaintiff and Defendant attended the

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

MOTION TO DIRECT CLERK TO TAX COSTS   - 1 -   [54249-0001/AA061740.011]
Greene v. FedEx Kinko's
Case No. 3:04-cv-0160-rrb

hearing where Plaintiff insisted that the clerk could not tax costs because of Plaintiff's technical objection without an order from this Court. In response, Defendant is filing this motion to direct the clerk to tax costs pursuant to Federal Rule of Civil Procedure 54(b)(1).

This Court has the authority to consider whether technical defects in a cost bill operate as a harsh waiver of a party's entitlement to costs. *Harris v. Marhoefer*, 24 F.3d 16, 20 n.4 (9th Cir. 1994) (holding that district court has authority to consider cost bills which may be untimely under local rules). In this case, Plaintiff's technical objections should not be sustained by this Court. *See Foman v. Davis*, 371 U.S. 178, 181 (1964) (stating it "is entirely contrary to the spirit of the [Rules] for decisions on the merits to be avoided on the basis of . . . . mere technicalities"); *G.F. Co. v. Pan Ocean Shipping Co.*, 23 F.3d 1498, 1502 (9th Cir. 1994) (holding that the rules should be liberally construed and technicalities overlooked); *City and Borough of Juneau v. Commercial Union Ins. Co.*, 598 P.2d 957, 960 (Alaska 1979) (proper for trial court to relax technical rules to prevent injustice and permit taxation of costs, where party suffered no prejudice by late filing of notice of cost bill hearing); *Fairbanks N. Star Borough v. Tundra Tours, Inc.*, 719 P.2d 1020, 1038-39 (Alaska 1986) (ruling that to deny a party costs because it filed its cost bill prematurely "would be 'senseless formalism,'" because the opposing party actually attended a cost hearing and stated its objections verbally and in writing); *Gates v. City of Tenakee Springs*, 822 P.2d 455 (Alaska 1991) (holding that because both parties had ample opportunity to argue the merits of the cost bill, arguments that the cost bill was technically defective were "without merit" and "senseless formalism"). Plaintiff's objections

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

MOTION TO DIRECT CLERK TO TAX COSTS   - 2 -   [54249-0001/AA061740.011]
Greene v. FedEx Kinko's
Case No. 3:04-cv-0160-rrb

have been satisfied by the submission of invoices and participation in a cost bill hearing. Plaintiff has not suffered any prejudice and is fully able to respond to Defendant's cost bill based upon whether or not certain costs are allowable by statute. As such, Defendant respectfully requests that this Court direct the Court Clerk to tax costs in this action.

DATED: June 27, 2006.

> **PERKINS COIE LLP**
> Attorneys for FedEx Kinko's Office and
> Print Services, Inc.
>
> By s/Thomas M. Daniel
>    Thomas M. Daniel
>    Alaska Bar No. 8601003
>    1029 West Third Ave., Suite 300
>    Anchorage, Alaska 99501
>    907/279-8561/907-276-3108 (fax)
>    tdaniel@perkinscoie.com

I hereby certify that a true and correct copy of the foregoing is being served electronically on James Seedorf this 27th day of June, 2006.
s/Thomas M. Daniel
Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

MOTION TO DIRECT CLERK TO TAX COSTS   - 3 -   [54249-0001/AA061740.011]
Greene v. FedEx Kinko's
Case No. 3:04-cv-0160-rrb