Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>        Plaintiff,<br><br>v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.,<br><br>        Defendant. | Case No. 3:04 –cv- 0160 (RRB) |

### NOTICE OF COST BILL HEARING

On Thursday, June 22, 2006, at 9 a.m., a hearing for the taxing of costs in this action will be held by the Clerk at 222 W. Seventh Avenue, Room 229, Anchorage, Alaska. At that time, any party may present objections to the cost bill, either orally or in writing, in accordance with D. AK LR 54.1.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DATED at Anchorage, Alaska, this 15th day of June, 2006.

PERKINS COIE LLP
Attorneys for Defendants

By <u>s/Thomas M. Daniel</u>
Thomas M. Daniel
Alaska Bar No. 8601003
1029 West Third Ave., Suite 300
Anchorage, Alaska 99501
907/279-8561/907-276-3108 (fax)
tdaniel@perkinscoie.com

I hereby certify that a true and correct copy of the foregoing is being served electronically on James Seedorf this 15th day of June, 2006.
<u>s/Thomas M. Daniel</u>
Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

NOTICE OF COST BILL HEARING
Greene v. FedEx Kinko's
Case No. 3:04-cv-0160 (RRB)        - 2 -        [54249-0001/AA061669.012]

Exhibit A
Page 2 of 12

Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for FedEx Kinko's Office and Print Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>        Plaintiff,<br><br>v.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.,<br><br>        Defendant. | Case No. A04-0160 CV (RRB) |

### ERRATA TO DEFENDANT'S COST BILL

Defendants erroneously failed to attach photocopies of invoices and proofs of payment to Defendant's cost bill. Photocopies of invoices and Defendant counsel's approval of payment of same are attached hereto.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ERRATA TO DEFENDANT'S COST BILL    - 1 -    [54249-0001/AA061670.006]

Exhibit A
Page 3 of 12

DATED: June 20, 2006.

        PERKINS COIE LLP
        Attorneys for FedEx Kinko's Office and
        Print Services, Inc.

        By s/Thomas M. Daniel
           Thomas M. Daniel
           Alaska Bar No. 8601003
           1029 West Third Ave., Suite 300
           Anchorage, Alaska 99501
           907/279-8561/907-276-3108 (fax)
           tdaniel@perkinscoie.com

I hereby certify that a true and correct copy of the foregoing is being served electronically on James Seedorf this 20th day of June, 2006.
s/Thomas M. Daniel
Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ERRATA TO DEFENDANT'S COST BILL    - 2 -    [54249-0001/AA061670.006]

Exhibit A
Page 4 of 12

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

**BILL TO**
Perkins Coie
Attn: Thomas M. Daniel
1029 W. 3rd Avenue, Suite 300
Anchorage, AK 99501

*AP102856*

| | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| | 3/1/2005 | 3/1/2005 | 38633 |

**CASE:** Greene vs FedEx Kinko's    **DEPONENT:** Dwight Greene, Vol. I    **TERMS:** Net Receipt

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Regular Attendance | 7 | 2/9/2005 | SW | 315.00 |
| Original Transcript & 1 copy | 206 | 2/9/2005 | SW | 803.40 |
| Exhibits | 77 | 2/9/2005 | BJS | 34.65 |
| Witness Signature Handling Fees & Filing | | 2/23/2005 | BJS | 20.00 |
| Original Transcript To Be Delivered Following Waiting Period For Obtaining Witness Signature. | | | BJS | 6.50 |
| Delivery: Courier Service Fees Reference #360234 (Transcript Original & Copy) | 1 | 2/23/2005 | BJS | 6.50 |

TOTAL  $1,186.05

APPROVED [signature]
DATE: 3/9/05
CHARGE: 54249-009
CLIENT: FedEx Kinkos

MIDNIGHT 3/15
02-7000 3
Dept. of D. Greene, Vol. I, 2/9
[signature] 2/9

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.
*"DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
**"FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

Exhibit  A
Page  5  of  12

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

**RECEIVED**
MAR 11 2005
PERKINS COIE
ANCHORAGE

**BILL TO**
Perkins Coie
Attn: Thomas M. Daniel
1029 W. 3rd Avenue, Suite 300
Anchorage, AK 99501

*AP102854*

| DATE | DUE DATE | TERMS | INVOICE # |
|---|---|---|---|
| 3/8/2005 | 3/8/2005 | Net Receipt | 38648 |

**CASE:** Greene vs FedEx Kinko's    **DEPONENT:** Dwight Greene, Vol. II

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Regular Attendance | 2 | 2/14/2005 | SW | 90.00 |
| Original Transcript & 1 copy | 78 | 2/14/2005 | SW | 304.20 |
| Witness Signature Handling Fees & Filing Original Transcript | | | BJS | 20.00 |
| Original Transcript To Be Delivered Following Waiting Period For Obtaining Witness Signature. | | | BJS | 6.50 |
| Delivery: Courier Service Fees Reference #360237 (Transcript Original & Copy) | 1 | 3/2/2005 | BJS | 6.50 |

TOTAL    $427.20

APPROVED: [signature]

DATE: 3/11/05
CHARGE: 54249-0001
CLIENT: FedEx Kinkos

MIDNI3000  3/15
02-3003 · Depos of Dr Greene

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.
* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

Exhibit A
Page 6 of 12

**CERTIFIED LEGAL VIDEO SERVICES**
A Division of Media Solutions, Inc.
1000 Bishop Street, Suite 904
Honolulu, HI 96813
Tel: (808) 550-CLVS   Fax: (808) 550-8860

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 07/25/05 | 5637 |

**BILL TO**

Attn: Tom Daniel
Perkins Coie
E-mail: TDaniel@perkinscoie.com

| PO/REF No. | TERMS | DUE DATE | CASE NO. | CASE NAME |
|---|---|---|---|---|
|  | Due on receipt | 07/25/05 |  | Depo of Ronald Kuhn |

| DESCRIPTION | QTY/HR/DAY | RATE | AMOUNT |
|---|---|---|---|
| Deposit for Deposition of: Ronald Kuhn (Aug. 19, 2005) Location: 1001 Bishop St., 18th Flr., ASB Twr., Honolulu, HI | 1 | 250.00 | 250.00 |

```
         CERTIFIED LEGAL VIDEO
           1000 BISHOP ST 410
           HONOLULU, HI 96813
             (808) 550-2587
             Phone Order
TID: 308756
07/26/05                    08:11:38
Batch #: 76

MASTERCARD
XXXXXXXXXXXX3100M
CVV2 Code:
Appr Code: 004402   Inv#: 000001
Amount:              $ 250.00
Tax:                 $   0.00
                    ===============
Total:               $ 250.00
          APPROVED 004402
           Customer Copy
            THANK YOU!
```

Mahalo for your Business! Please make payment to Certified Legal Video Services
FEIN#99-0353545

**Total**   $250.00

Exhibit  A
Page  7  of  12

**CERTIFIED LEGAL VIDEO SERVICES**
A Division of Media Solutions, Inc.
1000 Bishop Street, Suite 904
Honolulu, HI 96813
Tel: (808) 550-CLVS   Fax: (808) 550-8860

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 08/23/05 | 5637 |

**BILL TO**
Attn: Thomas Daniel, Esq.
Perkins Coie
1029 West Third Ave., Ste. 300
Anchorage, AK 99501-8561
(907) 279-8561

*FedX 11:38*
RECEIVED
AUG 3 0 2005
PERKINS COIE
ANCHORAGE

| PO/REF No. | TERMS | DUE DATE | CASE NO. | CASE NAME |
|---|---|---|---|---|
|  | C.O.D. | 08/23/05 | A04-0160 | Greene v. FedEx Kinko's |

| DESCRIPTION | QTY/HR/DAY | RATE | AMOUNT |
|---|---|---|---|
| Video Deposition of: Ronald Kuhn (Aug. 19, 2005) | 9.75 | 100.00 | 975.00 |
| Original VHS Tape (sent to Perkins Coie) | 4 | 20.00 | 80.00 |
| Attorney's DVD Copy (sent to Perkins Coie) | 4 | 20.00 | 80.00 |
| Less $250 Pre-Paid Deposit |  | -250.00 | -250.00 |
| SUBTOTAL |  |  | 885.00 |
| Federal Express (8 items) | 1 | 26.00 | 26.00 |

```
CERTIFIED LEGAL VIDEO
1000 BISHOP ST, 410
HONOLULU, HI 96813
(808) 550-2587
Phone Order
TID: 308756              14:46:47
08/23/05
Batch #: 78
MASTERCARD
XXXXXXXXXXXX3100M
CVV2 Code:
Appr Code: 003346   Inv#: 000001
Amount:              $ 911.00
Tax:                 $   0.00
                     =========
Total:               $ 911.00
APPROVED 003346
Customer Copy
THANK YOU!
```

Mahalo for your Business! Please make payment to Certified Legal Video Services
FEIN#99-0353545

**Total** $911.00

Exhibit A
Page 8 of 12

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

**BILL TO**
Perkins Coie
Attn: Thomas M. Daniel
1029 W. 3rd Avenue, Suite 300
Anchorage, AK 99501

| | DATE | DUE DATE | INVOICE # |
|---|---|---|---|
| | 8/9/2005 | 8/9/2005 | 39068 |

**TERMS:** Net Receipt

**CASE:** Greene vs FedEx Kinko's  **DEPONENT:** Laurie Greene

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Regular Attendance | 4.25 | 7/25/2005 | SW | 191.25 |
| Original Transcript & 1 copy | 151 | 7/25/2005 | SW | 588.90 |
| Exhibits | 50 | 8/5/2005 | BJS | 22.50 |
| Witness Signature Handling Fees & Filing Original Transcript | | | BJS | 20.00 |
| Original Transcript To Be Delivered Following Waiting Period For Obtaining Witness Signature. | | | BJS | 6.50 |
| Delivery: Courier Service Fees Reference #360598 (Transcript Original & Copy) | 1 | 8/5/2005 | BJS | 6.50 |

OK to PAY
54249-0001 fedEx Kinko's

X *[signature]*

**TOTAL** $835.65

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

---

REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT TO:

Midnight Sun Court Reporters
511 West 9th Avenue, Suite 1
Anchorage, Alaska 99501       **REFERENCE:**
(907) 258-7100                           PERKINS/Daniel/Greene;#39068
Tax ID #81-0620452

Exhibit  A
Page  9 of 12

*UPS 4:01*

**RECEIVED**

**SEP 1 4 2005**

PERKINS COIE
ANCHORAGE

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

9/12/2005

BILLED
TO:   THOMAS DANIEL, ESQ.
      PERKINS COIE LLP
      1029 WEST THIRD AVENUE
      SUITE 300
      ANCHORAGE, AK  99501

INVOICE NO: 56511

RE: GREENE VS FEDEX KINKO'S, INC.
CASE NO. A04-0160 (RRB)

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF RONALD KUHN TAKEN ON 08/19/05 IN HONOLULU HI<br><br>ORIGINAL & ONE COPY | 1488.80 |
| 2A 312ST1 250EH 1S 1SF 20P 42AF 1CT1<br>ELSIE TERADA  **Tax** | 62.02 |
| **TOTAL DUE** | **$1550.82** |

Invoices payable within 30 days.  A finance charge of 1 ½% per month will apply on past due amounts.

### THANK YOU
(Please return this portion with your payment for proper credit.)

BILLED
TO:   THOMAS DANIEL, ESQ.
      PERKINS COIE LLP
      1029 WEST THIRD AVENUE
      SUITE 300
      ANCHORAGE, AK  99501

INVOICE DATE: 9/12/2005
INVOICE NO:   56511
TOTAL DUE:    $1,550.82
DATE TAKEN:   08/19/05
RE:           CASE NO. A04-0160 (RRB)
WITNESS(ES):  RONALD KUHN

*Approved.
Tom Daniel 10/2/05
Client: FedEx Kinkos
54249-0001*

2A 312ST1 250EH 1S 1SF 20P 42AF 1CT1
ELSIE TERADA       RALPH ROSENBERG COURT REPORTERS, INC.
                   1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

A
10 of 12

# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

RECEIVED

OCT 1 2 2005

PERKINS COIE
ANCHORAGE

**BILL TO**
Perkins Coie
Attn: Thomas M. Daniel
1029 W. 3rd Avenue, Suite 300
Anchorage, AK 99501

| DATE | DUE DATE | INVOICE # |
|---|---|---|
| 10/11/2005 | 10/11/2005 | 39250 |

TERMS: Net Receipt

CASE: Greene vs FedEx Kinko's         DEPONENT: Dwight Greene, Vol. III

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Regular Attendance | 2 | 9/22/2005 | SW | 90.00 |
| Original Transcript & 1 copy | 47 | 9/22/2005 | SW | 183.30 |
| Witness Signature Handling Fees & Filing Original Transcript | | | BJS | 20.00 |
| Original Transcript To Be Delivered Following Waiting Period For Obtaining Witness Signature. | | | BJS | 6.50 |
| Delivery: Courier Service Fees Reference #369958 (Transcript Original & Copy) | 1 | 10/5/2005 | BJS | 6.50 |

DATE: 10/12/05
CHARGE: FedEx
CLIENT: 54249-0001
APPROVED: [signature]

TOTAL   $306.30

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT TO:

Midnight Sun Court Reporters
511 West 9th Avenue, Suite 1
Anchorage, Alaska 99501
(907) 258-7100
Tax ID #81-0620452

REFERENCE:   PERKINS/Daniel/Greene/#39250

Exhibit A
11 of 12

**BEAN & ASSOCIATES**  Invoice

Professional Court Reporting Service

500 Marquette NW, Ste 280
Albuquerque, NM 87102

| Invoice Date | Invoice # |
|---|---|
| Wednesday, April 19, 2006 | 1024B |

Phone: (505) 843-9494    Fax: (505) 843-9492



Thomas M. Daniel
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501

RECEIVED
APR 2 4 2006
PERKINS COIE
ANCHORAGE

Phone:   (907) 279-8561    Fax:   (907) 276-3108

| Witness: | Collins, Ted |
|---|---|
| Case: | Dwight Greene v. Fedex Kinko's Office and Print Services, Inc. |
| Venue: | |
| Case #: | A04-0160 CV (RRB) |
| Date: | 4/7/2006 |
| Start Time: | 9:00 AM |
| End Time: | : 0 |
| Reporter: | Jan Williams |
| Claim #: | |
| File #: | 571A |

| Item | Description | Each | Quantity | Total |
|---|---|---|---|---|
| OR | Original & One Copy (Etran) | $4.46 | 156 | $695.76 |
| EX | Exhibit | $0.35 | 5 | $1.75 |
| PO | Postage | $15.30 | 1 | $15.30 |
| | | | Sub Total | $712.81 |
| | | | Payments | $0.00 |
| | | | Balance Due | $712.81 |

*[handwritten notes: 512 / BEANA7760 / 54 249-0001 / 02-3003 / Depo of T.Collins / 4/7 / Approved Tom Daniel 4/24/06]*

Fed. I.D. # #85-0405993

*1.50% /month on unpaid balance 18%. We accept credit cards/terms net 30 days.*

Exhibit  A
Page  12 of 12