Thomas M. Daniel
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for FedEx Kinko's

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>        Plaintiff,<br><br>v.<br><br>FEDEX KINKO'S, INC.,<br><br>        Defendant. | Case No. 3:04-cv-0160-RRB |

**PROPOSED ORDER**

Having considered defendant FedEx Kinko's Motion to Direct Clerk to Tax Costs, any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this _____ day of _____, 2006.

_____
Ralph R. Beistline, U.S. District Judge

PROPOSED ORDER             - 1 -             [/AA061780.008]
Greene v. FedEx Kinko's
Case No. 3:04-cv-0160-rrb

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

I hereby certify that a true and correct copy
of the foregoing is being served electronically
on James Seedorf on June 27, 2006.

/s/ Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER                                   - 2 -                           [/AA061780.008]
Greene v. FedEx Kinko's
Case No. 3:04-cv-0160-rrb