IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>      Plaintiff,<br><br>vs.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.,<br><br>      Defendant. | Case No. 3:04-cv-0160-RRB<br><br>**ORDER AWARDING PARTIAL ATTORNEY FEES** |

      Before the Court is Defendant's Motion for Attorneys' Fees at Docket 58. As prevailing party, Defendant is entitled to partial attorney fees pursuant to Rule 82 of the Alaska Rules of Civil Procedure, as Defendant seeks at Docket 58. Plaintiff, however, was proceeding in good faith in this matter out of a legitimate belief that he was mistreated. While his complaints fail, as a matter of law, they are, nevertheless, understandable. Moreover, the Court does not wish to unnecessarily discourage pursuit of legal redress. The Court will therefore assess limited attorney fees in the amount of $10,000.

      ENTERED this 17th day of July, 2006.

                              /s/ RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE