IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>      Plaintiff,<br><br>vs.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.,<br><br>      Defendant. | Case No. 3:04-cv-0160-RRB<br><br>**ORDER DENYING MOTION FOR<br>RELIEF FROM JUDGMENT** |

      Before the Court is Plaintiff's Motion for Relief at Docket 60. For reasons more carefully articulated in Defendant's Opposition at Docket 63, Plaintiff's motion is hereby **DENIED**.

      Plaintiff was naturally unhappy with his termination from employment and with the treatment he received from his supervisor. His termination, however, was not due to either his race or religion and was not in retaliation for the complaint he filed.

      ENTERED this 17th day of July, 2006.

                                 /s/ RALPH R. BEISTLINE<br>                                 UNITED STATES DISTRICT JUDGE