James M. Seedorf
ABA No. 7710164
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 263-8225

Attorneys for Plaintiff,
Dwight Greene

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>        Plaintiff,<br><br>vs.<br><br>FED-EX KINKO'S,<br><br>        Defendant. | Case No. 3:04-CV-00160-RRB<br><br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Dwight Greene, plaintiff in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered in this action on May 23, 2006, the related Order Granting Motion for Summary Judgment entered in this action on May 17, 2006, and from the Order denying Motion for Relief from Judgment dated July 17, 2006.

*Notice of Appeal*
*Dwight Greene v. FedEx Kinko's*, Case No. 3:04-CV-00160-RRB
Page 1 of 2

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

DATED at Anchorage, Alaska, this 14th day of August, 2006.

                HUGHES BAUMAN PFIFFNER
                GORSKI & SEEDORF, LLC
                Attorneys for DWIGHT GREENE

By: *[signature]*
     James M. Seedorf
     Alaska Bar No. 7710164

I hereby certify that a true and
correct copy of the foregoing
was mailed this 14th day of
August, 2006, to:

Tom Daniel
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, AK 99501

*[signature]*
Michelle Martin

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX