UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
AUG 2 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

06-35715

**CASE INFORMATION:**
Short Case Title: <u>Dwight Greene v Fed-Ex Kinko's</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Ralph R Beistline   3:04-cv-00160-RRB</u>
Date Complaint/Indictment/Petition Filed: <u>7/30/2004</u>
Date Appealed Order/Judgment *entered*: <u>5/23/2006</u>
Date NOA *filed*: <u>8/14/2006</u>

Court Reporter(s) Name and Phone Number: <u>Tina J Grothause (907) 451-5791</u>

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: <u>8/14/2006</u>   Date Docket Fee billed: _
Date FP granted: _            Date FP denied: _
Is FP pending? no            Was FP Limited/Revoked?
US Government Appeal?   __yes/no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                  Appellee Counsel:
James Seedorf                       Thomas Daniel
3900 "C" St Ste 1001                1029 W. 3rd Ave Ate 300
Anchorage, AK 99503                 Anchorage, AK 99501
(907) 274-7522                      (907) 279-8561

X retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _        Address: _
Custody: _            —
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _         9th Circuit Docket Number: _

Name and phone number of person completing this form: <u>Tina J Grothause</u>
(907) 451-5791
—