UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


GREENE   v.   FEDEX KINKO'S

DATE:   August 28, 2006          CASE NO.   3:04-CV-0160-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**DENYING MOTION TO TAX COSTS**

---

      This Court, having considered Defendant's Motion to Direct Clerk to Tax Costs at Docket 67 and Plaintiff's Opposition at Docket 69, hereby **DENIES** Defendant's Motion at Docket 67.

M.O. DENYING MOTION TO TAX COSTS