Thomas M. Daniel
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for FedEx Kinko's

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>        Plaintiff,<br><br>v.<br><br>FEDEX KINKO'S, INC.,<br><br>        Defendant. | Case No. 3:04-cv-0160-RRB |

**PROPOSED ORDER**

Having considered Defendant's Motion to Reconsider Order Denying Taxation of Costs, any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this _____ day of _____, 2006.

_____
Ralph R. Beistline, U.S. District Judge

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER
Greene v. FedEx Kinko's
Case No. 3:04-cv-0160-rrb
- 1 -
[54249-0001/AA062430.004]

I hereby certify that a true and correct copy of the foregoing is being served electronically on James Seedorf on August 31, 2006.

/s/ Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER
Greene v. FedEx Kinko's
Case No. 3:04-cv-0160-rrb

- 2 -

[54249-0001/AA062430.004]