UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  GREENE  </u>  v.  <u>  FEDEX KINKO'S  </u>

DATE:   <u>  August 31, 2006  </u>     CASE NO.   <u>  3:04-CV-0160-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REGARDING RECONSIDERATION**

---

      Defendant has filed a Motion to Reconsider at Docket 77. Pursuant to D. Ak. LR 59.1(d), Plaintiff has until the close of business on **Friday, September 8, 2006,** in which to file a response, after which the Court will take the matter under advisement.