UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DWIGHT GREENE    v.    FEDEX KINKO'S

DATE:    September 12, 2006    CASE NO.    3:04-CV-01606-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
DENYING MOTION TO RECONSIDER COSTS**

Before the Court is Defendant's Motion to Reconsider Order Denying Taxation of Costs at Docket 77, and Plaintiff's response thereto at Docket 79. Given the disparity in the economic condition of the parties and Defendant's failure to strictly comply with the Federal Rules of Civil Procedure regarding costs, Defendant's Motion to Reconsider is hereby **DENIED.**

M.O. DENYING MOTION TO RECONSIDER