UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 20 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DWIGHT GREENE,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>FEDEX KINKO'S INC.,<br><br>  Defendant - Appellee. | No. 06-35715<br><br>D.C. No. CV-03-00265-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Appellant's motion for an extension of time in which to file the opening brief is granted. The opening brief is due January 16, 2007; the answering brief is due February 15, 2007; and the optional reply brief is due 14 days after service of the answering brief.

Further delay in filing the opening brief is disfavored.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate.

For the Court:

CATHY A. CATTERSON
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

pro 11.13