UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 23 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| DWIGHT GREENE, | No. 06-35715 |
| Plaintiff - Appellant | D.C. No. CV-03-00160-RRB |
| v. | |
| FEDEX KINKO'S INC., | MANDATE |
| Defendant - Appellee | |

RECEIVED

MAY 0 5 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The judgment of this Court, entered 10/04/07, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Rhonda Roberts
Deputy Clerk