Thomas M. Daniel
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant
FedEx Kinko's

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DWIGHT GREENE,

        Plaintiff,

v.

FEDEX KINKO'S, INC.,

        Defendant.

Case No. 3:04-cv-0160-RRB

**PARTIES' STATUS REPORT**

    By Minute Order dated June 4, 2008, the Court directed the parties to notify the Court of the status of this case (on remand from the Ninth Circuit) and indicate how they now wish to proceed. Counsel for the parties have conferred and have agreed that undersigned counsel for FedEx Kinko's will file this report because plaintiff's counsel is out of state.

    The parties request the Court to set a date and time for a scheduling conference in approximately 30 days from today. In the meantime, the parties will

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

draft and attempt to agree on a proposed scheduling order that will address whether additional discovery is needed, the time needed for discovery, possible motion practice, and proposed trial dates. The parties will submit the proposed scheduling order to the Court before the scheduling conference.

DATED: June 13, 2008.

s/ Thomas M. Daniel, Alaska Bar No. 8601003
TDaniel@perkinscoie.com
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
Facsimile: 907.276.3108

Attorneys for Defendant
FedEx Kinko's

I hereby certify that a true and correct copy
of the foregoing will be served electronically
on James Seedorf this 13th day of June,
2008.
s/Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PARTIES' STATUS REPORT
54249-0001/LEGAL14374655.1
- 2 -
[54249-0001-000000/14374655_1.DOC]