James M. Seedorf
Alaska Bar No. 7710164
HUGHES PFIFFNER GORSKI
  SEEDORF & ODSEN, LLC
3900 "C" Street, Suite 1001
Anchorage, Alaska  99503
Telephone:  (907) 263-8225

Attorneys for Plaintiff
Dwight Greene

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DWIGHT GREENE,<br><br>             Plaintiff,<br><br>vs.<br><br>FEDEX KINKO'S OFFICE AND PRINT SERVICES, INC.<br><br>             Defendant. | |
| | Case No. A04-0160 CV (RRB) |

## JOINT REQUEST TO VACATE HEARING

The parties hereby request that the hearing set on before this court for Thursday, July 24, 2008, at 9:00 a.m. be vacated and otherwise removed from the calendar in light of the information contained with the Joint Scheduling and Planning Conference Report as filed on July 21, 2008.

|  |  |
|---|---|
|  | HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC<br>Attorneys for DWIGHT GREENE |
| DATED: July 22, 2008. | By: /s/ James M. Seedorf<br>James M. Seedorf<br>Alaska Bar No. 7710164 |
|  | PERKINS COIE, LLP<br>Attorneys for FEDEX KINKO'S OFFICE and PRINT SERVICES, INC. |
| DATED: July 22, 2008. | By: /s/ Thomas M. Daniel<br>Thomas M. Daniel<br>Alaska Bar No. 8601003 |

I hereby certify that a true and correct copy of the foregoing was served electronically this 22nd day of July, 2008, to:

Tom Daniel
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, AK  99501


 /s/ James M. Seedorf
James M. Seedorf